UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. NO. 03-12502 RGS

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| EASTERN CONTRACTORS, INC., | ) |
| Defendant/Third Party Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| CITY OF LAWRENCE, CITY OF FALL RIVER | ) |
| and FREETOWN/LAKEVILLE REGIONAL | ) |
| SCHOOL DISTRICT, | ) |
| Third Party Defendants | ) |

## AFFIDAVIT OF SERVICE PURSUANT TO F.R.C.P. Rule 4 –

## FREETOWN/LAKEVILLE REGIONAL SCHOOL DISTRICT

I, Edward J. Quinlan, upon oath depose and state as follows:

1.  On March 12, 2004, I caused a Third Party Summons to the Freetown/Lakeville Regional School District and Third Party Complaint – Freetown/Lakeville Regional School District with Hartford Fire Insurance Company's Complaint for Declaratory Relief & Monetary Judgment, and U. S. District Court Civil Cover Sheet to be mailed to William P. Connors, Ed. D, Superintendent of Schools, Freetown/Lakeville Regional School District, 98 Howland Road, Lakeville, MA 02347 via U.S. Certified Mail, Return Receipt Requested. A true and accurate copy of my March 12, 2004 letter is attached hereto as Exhibit A.

2.  On March 15, 2004, the return receipt card was signed by an agent for the Freetown/Lakeville Regional School District, c/o William P. Connors, Ed. D., Superintendent of Schools. The original return receipt card is attached hereto as Exhibit B.

Signed under the pain and penalties of perjury this 18th day of March, 2004.

*Edward J. Quinlan*

Edward J. Quinlan, Esq., BBO# 409060
Quinlan & Sadowski, P.C.
11 Vanderbilt Avenue, Suite 250
Norwood, MA   02062-5056
Phone:   781-440-9909
Fax:        781-440-9979

QUINLAN & SADOWSKI, P.C.

ATTORNEYS AT LAW

---

11 Vanderbilt Avenue
Norwood, Massachusetts 02062-5056
(781) 440-9909  Fax (781) 440-9979

March 12, 2004

William P. Connors, Ed. D.
Superintendent of Schools
Freetown/Lakeville Regional School District
98 Howland Road
Lakeville, MA 02347

RE: HARTFORD FIRE INSURANCE COMPANY
VS: EASTERN CONTRACTORS, INC. (Defendant/Third Party Plaintiff)
VS: CITY OF LAWRENCE, CITY OF FALL RIVER and
 FREETOWN/LAKEVILLE REGIONAL SCHOOL DISTRICT
 (Third Party Defendants)
NO: C. A. NO. 03-12502 RGS, U. S. District Court of the District of Massachusetts

Dear Dr. Connors:

Pursuant to Rule 4 of the Federal Rules of Civil Procedure, service is hereby being made on the Freetown/Lakeville Regional School District of the enclosed Third Party Summons to the Freetown/Lakeville Regional School District, Third Party Complaint – Freetown/Lakeville Regional School District, Hartford Fire Insurance Company's Complaint for Declaratory Relief & Monetary Judgment, and U. S. District Court Civil Cover Sheet, regarding the above entitled matter.

Thank you for your assistance.

Very truly yours,

Edward J. Quinlan

EJQ/khj
Enclosures
cc: Eastern Contractors, Inc.
 Bradford R. Carver, Esq., Cetrulo & Capone LLP
By Certified Mail No. 7003 2260 0007 2678 4567, Return Receipt Requested

Exhibit A

Hartford vs. GCI

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ 1.52 | 03/12/04 |
| Certified Fee | 2.30 | Postmark Here |
| Return Reciept Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 5.57 | |

Sent To: William P. Connors, Ed.D.
            Superintendent of Schools
Street, Apt. No.; or PO Box No.  Freetown Lakeville Reg. Sch. Dist.
City, State, ZIP+4  98 Howland Road Lakeville, MA 02347

Article Number: 7003 2260 0007 2678 4567

PS Form 3800, June 2002                See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   William P. Connors, Ed.D.
   Superintendent of Schools
   Freetown Lakeville
   Regional School District
   98 Howland Road
   Lakeville, MA 02347

A. Signature
X _M. Deneault_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  M. Deneault
C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)   7003 2260 0007 2678 4567

PS Form 3811, August 2001    Domestic Return Receipt    2ACPRI-03-P-4081



Exhibit B