UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. NO. 03-12502 RGS

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, )<br>      Plaintiff )<br>)<br>vs. )<br>)<br>EASTERN CONTRACTORS, INC., )<br>      Defendant/Third Party Plaintiff )<br>)<br>vs. )<br>)<br>CITY OF LAWRENCE, CITY OF FALL RIVER )<br>and FREETOWN/LAKEVILLE REGIONAL )<br>SCHOOL DISTRICT, )<br>      Third Party Defendants ) | |

**AFFIDAVIT OF SERVICE PURSUANT TO F.R.C.P. Rule 4 – CITY OF FALL RIVER**

I, Edward J. Quinlan, upon oath depose and state as follows:

1. On March 12, 2004, I caused a Third Party Summons to the City of Fall River and Third Party Complaint – City of Fall River with Hartford Fire Insurance Company's Complaint for Declaratory Relief & Monetary Judgment, and U. S. District Court Civil Cover Sheet to be mailed to the City of Fall River c/o Town Clerk Carol A. Valcourt, City of Fall River, One Government Center, Fall River, MA 02722 via U.S. Certified Mail, Return Receipt Requested. A true and accurate copy of my March 12, 2004 letter is attached hereto as Exhibit A.

2. On March 15, 2004, the return receipt card was signed by an agent for the City of Fall River c/o Town Clerk Carol A. Valcourt. The original return receipt card is attached hereto as Exhibit B.

Signed under the pain and penalties of perjury this 18th day of March, 2004.

*[signature]*
Edward J. Quinlan, Esq., BBO# 409060
Quinlan & Sadowski, P.C.
11 Vanderbilt Avenue, Suite 250
Norwood, MA  02062-5056
Phone:  781-440-9909
Fax:     781-440-9979

QUINLAN & SADOWSKI, P.C.

ATTORNEYS AT LAW

11 Vanderbilt Avenue
Norwood, Massachusetts 02062-5056
(781) 440-9909  Fax (781) 440-9979

March 12, 2004

Town Clerk Carol A. Valcourt
City of Fall River
One Government Center
Fall River, MA 02722

RE: HARTFORD FIRE INSURANCE COMPANY
VS: EASTERN CONTRACTORS, INC. (Defendant/Third Party Plaintiff)
VS: CITY OF LAWRENCE, CITY OF FALL RIVER and
FREETOWN/LAKEVILLE REGIONAL SCHOOL DISTRICT
(Third Party Defendants)
NO: C. A. NO. 03-12502 RGS, U. S. District Court of the District of Massachusetts

Dear Ms. Valcourt:

Pursuant to Rule 4 of the Federal Rules of Civil Procedure, service is hereby being made on the City of Fall River of the enclosed Third Party Summons to City of Fall River, Third Party Complaint – City of Fall River, Hartford Fire Insurance Company's Complaint for Declaratory Relief & Monetary Judgment, and U. S. District Court Civil Cover Sheet, regarding the above entitled matter.

Thank you for your assistance.

Very truly yours,

Edward J. Quinlan

EJQ/khj
Enclosures
cc: Eastern Contractors, Inc.
    Bradford R. Carver, Esq., Cetrulo & Capone LLP
By Certified Mail No. 7003 2260 0007 2678 4550, Return Receipt Requested

Exhibit A