UNITED STATES DISTRICT COURT
For the District of Massachusetts

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, )<br><br>Plaintiff, )<br>VS. )<br><br>EASTERN CONTRACTORS, INC. )<br><br>Defendant/Third-Party Plaintiff, )<br><br>VS. )<br><br>CITY OF LAWRENCE, CITY OF FALL RIVER AND FREETOWN/LAKEVILLE REGIONAL SCHOOL DISTRICT, )<br><br>Third-Party Defendants. ) | C.A. No. 03-12502 RGS |

## NOTICE OF APPEARANCE

Please enter the appearance of Richard K. Allen, Esq. of Gadsby Hannah LLP, as counsel for Freetown/Lakeville Regional School District, in the above-captioned matter.

Respectfully submitted

FREETOWN/LAKEVILLE REGIONAL
SCHOOL DISTRICT
By its attorneys,

/s/ Richard K. Allen
Richard K. Allen, BBO # 553744
Corey E. Burnham-Howard, BBO # 654160
Gadsby Hannah LLP
225 Franklin Street
Boston, MA  02110
(617) 345-7000
rallen@ghlaw.com

B0357819v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party, or if no attorney has yet appeared for each other party, upon each other party, by mail and/or electronically on April 1, 2004.

By:    <u>/s/ Richard K. Allen</u>

Bradford R. Carver
Cetrulo & Capone LLP
Two Seaport Lane
10th Floor
Boston, MA 02210
617-217-5208
617-217-5200 (fax)
<u>bcarver@cetcap.com</u>

Edward Quinlan
Quinlan & Sadowski
11 Vanderbilt Avenue
Suite 250
Norwood, MA 02062-506
781-440-9909
781-440-9979 (fax)
<u>equinlan@qsatlaw.com</u>

John O'Neil
O'Neil, Lucey & O'Neil
120 Purchase Street
Fall River, MA 02720

Magdalena Anna Loret
Quinlan & Sadowski, PC
Suite 205
11 Vanderbilt Avenue
Norwood, MA 02062
781-440-9909
781-440-9979 (fax)
<u>mloret@qsatlaw.com</u>

Charles Boddy, Jr.
City Attorney
City of Lawrence
200 Common Street
City Hall, Suite 306
Lawrence, MA 01840
978-794-5800
978-794-5799 (fax)

B0357819v1