UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. NO. 03-12502 RGS

HARTFORD FIRE INSURANCE COMPANY, )
    Plaintiff )
)
vs. )
)
EASTERN CONTRACTORS, INC., )
    Defendant/Third Party Plaintiff )
)
vs. )
)
CITY OF LAWRENCE, CITY OF FALL RIVER )
and FREETOWN/LAKEVILLE REGIONAL )
SCHOOL DISTRICT, )
    Third-Party Defendants )

## MOTION TO CONTINUE SCHEDULING CONFERENCE
(Assented to)

**NOW COMES** the Defendant/Third-Party Plaintiff, Eastern Contractors, Inc., and hereby moves this Honorable Court to continue the Scheduling Conference in this matter for approximately 30 days. In support of this motion the Defendant/Third-Party Plaintiff states as follows:

1. The Scheduling Conference in this matter is currently scheduled for April 21, 2004.

2. The Third-Party Defendants have all recently been added.

3. The Third-Party Complaints were filed on March 9, 2004 and service was made via certified mail upon all of the Third-Party Defendants on or about March 15, 2004.

4. None of the Third-Party Defendants have filed an Answer in this matter.

5. The Third-Party Defendant Freetown/Lakeville Regional School District has filed a Motion to Stay Litigation and Compel Defendant/Third Party-Plaintiff Eastern Contractors, Inc. to Arbitrate.

6. Counsel for the Defendant/Third-Party Plaintiff, Eastern Contractors, Inc., has conferred with counsel for all parties and counsel have assented to continuing this Scheduling Conference.

**WHEREFORE** the Defendant/Third-Party Plaintiff, Eastern Contractors, Inc., prays that this Honorable Court continue the Scheduling Conference for approximately thirty (30) days and assign the Scheduling Conference to the next date that is convenient to the Court.

Respectfully submitted
Eastern Contractors, Inc.
By its attorneys,

_____
Edward J. Quinlan, Esq., BBO# 409060
David T. Keenan, Esq., BBO# 567325
Quinlan & Sadowski, P.C.
11 Vanderbilt Avenue, Suite 250
Norwood, MA 02062-5056
Phone: 781-440-9909
Fax:    781-440-9979

Dated: 4/8/04

## ASSENTED TO

Plaintiff,
Hartford Insurance Company
By its attorneys:

*Bradford R. Carver* (by permission)
Bradford R. Carver, Esq.
BBO# 565396
Cetrulo & Capone LLP
Two Seaport Lane, 10th Floor
Boston, MA  02210

Third-Party Defendant
City of Lawrence
By its attorneys:

*Doreen Zankowski* (by permission)
Doreen Zankowski, Esq.
BBO# 558381
Hinckley Allen & Snyder LLP
28 State Street
Boston, MA  02109-1775

Third-Party Defendant
Freetown/Lakeville Regional School District
By its attorneys:

*Richard K. Allen* (by permission)
Richard K. Allen, Esq.
BBO# 553744
Corey E. Burnham-Howard, Esq.
BBO# 654160
Gadbsy Hannah LLP
125 Franklin Street
Boston, MA  02110

Third Party Defendant
City of Fall River
By its attorneys:

*John O'Neil* (by permission)
John O'Neil, Esq.
BBO# 549349
O'Neil, Lucey & O'Neil
120 Purchase Street
PO Box 1150
Fall River, MA  02720

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document was served on the attorney of record for each other party in this action, by mail, postage prepaid, on April 8, 2004.