UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. NO. 03-12502 RGS

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br>Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| EASTERN CONTRACTORS, INC.,<br>Defendant/Third Party Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| CITY OF LAWRENCE, CITY OF FALL RIVER<br>and FREETOWN/LAKEVILLE REGIONAL<br>SCHOOL DISTRICT,<br>Third Party Defendants | )<br>)<br>)<br>) |

### NOTICE OF APPEARANCE OF DAVID T. KEENAN

Please enter my appearance for the Defendant/Third Party Plaintiff Eastern Contractors, Inc. in this matter as an additional attorney from Quinlan & Sadowski, P.C..

Respectfully submitted,
Eastern Contractors, Inc.
By its attorneys,

Edward J. Quinlan, Esq., BBO# 409060
David T. Keenan, Esq., BBO# 567325
Magdalena A. Loret, Esq, BBO# 653152
Quinlan & Sadowski, P.C.
11 Vanderbilt Avenue, Suite 250
Norwood, MA 02062-5056
Phone: 781-440-9909
Fax:   781-440-9979

Dated: 5/5/04

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the foregoing document was served on the attorney of record for each other party in this action, by mail, postage prepaid, on 5/5/04 .