UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HARTFORD FIRE INSURANCE COMPANY,
Plaintiff,
v.

EASTERN CONTRACTORS, INC.,
Defendant/Third-Party Plaintiff

v.

CITY OF LAWRENCE, CITY OF FALL RIVER
and FREETOWN/LAKEVILLE REGIONAL
SCHOOL DISTRICT,
Third-Party Defendants.

## ASSENTED TO MOTION TO CONTINUE SCHEDULING CONFERENCE

Plaintiff, Hartford Fire Insurance Company ("Hartford"), respectfully requests a thirty (30) day extension of the Scheduling Conference that is currently scheduled for May 24, 2004. The basis for the request is that counsel for Hartford has been unexpectedly involved in a bankruptcy in the United States Bankruptcy Court, for the District of Puerto Rico entitled *Maxon Engineering Services, Inc.*, Case No. 04-04781 requiring a presence out-of-state. Counsel for Hartford has contacted the other Defendants and Third-Party Defendants and each have assented to the continuation of the Scheduling Conference. Counsel for the City of Lawrence, however, has requested that the Conference be scheduled after July 12, 2004.

WHEREFORE, Plaintiff, Hartford Fire Insurance Company requests that this Court continue this Scheduling Conference for approximately thirty (30) days and to assign a date for the Scheduling Conference that is convenient to the Court.

                                                                      Respectfully Submitted,
**HARTFORD FIRE INSURANCE COMPANY**
By its attorneys,

_/s/ Bradford R. Carver_
Bradford R. Carver, BBO #565396
Cetrulo & Capone LLP
Two Seaport Lane, 10th Floor
Boston, MA 02110
(617) 217-5500

Date: May 21, 2004

2

## ASSENTED TO

Defendant/Third-Party Plaintiff
EASTERN CONTRACTORS
By its attorneys,

*/s/ David J. Keenan*
Edward J. Quinlan, BBO #409060
David J. Keenan, BBO #567325
Quinlan & Sadowski, P.C.
11 Vanderbilt Avenue, Suite 250
Norwood, MA 02062-5056

Third-Party Defendant
FREETOWN/LAKEVILLE REGIONAL
DISTRICT
By its attorneys,

*/s/ Corey Burnham-Howard*
Richard K. Allen, BBO #553744
Corey E. Burnham-Howard BBO #654160
Gadbsy Hannah LLP
125 Franklin Street
Boston, MA 02110

Third-Party Defendant
CITY OF LAWRENCE
By its attorneys,

*NO RESPONSE TO MOTION*
Doreen Zankowski, BBO #558381
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775

Third-Party Defendant
CITY OF FALL RIVER
By its attorneys,

*/s/ John O'Neil*
John O'Neil, BBO #549349
O'Neil, Lucey & O'Neil
120 Purchase Street
P.O. Box 1150
Fall River, MA 02720

## CERTIFICATE OF SERVICE

I, Bradford R. Carver, BBO #565396, hereby certify that on this 21st day of May, 2004, I caused a true and accurate copy of the above to be served via facsimile and first class mail, postage prepaid, on the following counsel of record:

Edward J. Quinlan, Esq.
David J. Keenan, BBO #567325
Quinlan & Sadowski, P.C.
11 Vanderbilt Avenue, Suite 250
Norwood, MA 02062-5056

Richard K. Allen, Esq.
Corey E. Burnham-Howard BBO #654160
Gadbsy Hannah LLP
125 Franklin Street
Boston, MA 02110

Doreen Zankowski, Esq.
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775

John O'Neil, Esq.
O'Neil, Lucey & O'Neil
120 Purchase Street
P.O. Box 1150
Fall River, MA 02720

Bradford R. Carver, BBO #565396
Cetrulo & Capone LLP
Two Seaport Lane, 10th Floor
Boston, MA 02110
(617) 217-5500