UNITED STATES DISTRICT COURT
For the District of Massachusetts

C.A. No. 03-12502 NMG

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| VS. | ) ) ) |
| EASTERN CONTRACTORS, INC. | ) ) ) |
| Defendant/Third-Party Plaintiff | ) ) ) ) |
| VS. | ) ) ) |
| CITY OF LAWRENCE, CITY OF FALL RIVER AND FREETOWN/LAKEVILLE REGIONAL SCHOOL DISTRICT | ) ) ) ) ) |
| Third-Party Defendants. | ) ) ) |

AFFIDAVIT OF TERRANCE SULLIVAN IN SUPPORT OF THIRD-PARTY DEFENDANT CITY OF FALL RIVER MOTION TI STAY LITIGATION AND COMPEL DEFENDANT/THIRD-PARTY PLAINTIFF EASTERN CONTRACTOR'S INC. TO ARBITRATE PURSUANT TO MGLA CHAPTER 251 SECTION 2

I, Terrance Sullivan, do hereby depose and state upon my own personal knowledge the following:

1. I am the Director of Public Works for the City of Fall River.

2. Attached hereto as Exhibit A is a true and accurate copy of the relevant portions of the Contract between the City of Fall River and Eastern Contractors, Inc. for the construction of the Spencer Borden and William

Greene Elementary Schools in the City of Fall River, MA and relevant portions of the General Conditions of the Contract.

Signed this 9th day of August 2004

_____
Terrace Sullivan
Director of Public Works
City of Fall River