UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARTFORD FIRE INSURANCE CO., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EASTERN CONTRACTORS, INC., )<br>)<br>Defendant/Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF LAWRENCE, CITY OF FALL RIVER, )<br>and FREETOWN/LAKEVILLE REGIONAL )<br>SCHOOL DISTRICT, )<br>)<br>Third Party Defendants. )<br>) | CIVIL ACTION<br>NO. 03-12502 RGS |

## **CERTIFICATION**

The undersigned hereby certifies that, pursuant to Local Rule 16.1(D)(3), Defendant City of Lawrence and its undersigned counsel have conferred with a view to establishing a budget for the costs of conducting the full course, as well as various alternative courses, of this litigation. In addition, Defendant City of Lawrence has conferred with its undersigned counsel to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4 – mini-trial; summary jury trial; and mediation.

_____
Authorized Representative of
City of Lawrence

DATED: August 19th, 2004.

_____
Doreen M. Zankowski, Esq.