UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. NO. 03-12502 NMG

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br>Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| EASTERN CONTRACTORS, INC.,<br>Defendant/Third Party Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| CITY OF LAWRENCE, CITY OF FALL RIVER<br>and FREETOWN/LAKEVILLE REGIONAL<br>SCHOOL DISTRICT,<br>Third Party Defendants | )<br>)<br>)<br>) |

## LOCAL RULE 16.1 CERTIFICATION – EASTERN CONTRACTORS, INC.

The undersigned counsel of record and president of Eastern Contractors, Inc. certify and affirm that they have conferred with respect to the above identified civil action to discuss and establish a budget for the costs of conducting litigation, and to review alternative approaches to conducting litigation including the resolution of litigation through alternative dispute resolution programs. Such conferences occurred in the course of preparing the Joint Statement submitted to the court in connection with the Rule 16.1 Scheduling Conference held on August 12, 2003.

Eastern Contractors, Inc.
By: _____
Ramesh Motwane, President

Counsel of Record:
_____
Edward J. Quinlan, Esq.
BBO # 409060
Quinlan & Sadowski, P.C.
11 Vanderbilt Avenue
Suite 250
Norwood, MA 02062-5056
Phone: 781-440-9909
Fax:   781-440-9979

Dated: 8-17-04

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served on the attorney of record for each other party in this action, by mail, postage prepaid, on 8-18-04.