UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 03-12502 NMG

HARTFORD FIRE INSURANCE COMPANY,
    Plaintiff,

v.

EASTERN CONTRACTORS, INC.,
    Defendant/Third-Party Plaintiff

v.

CITY OF LAWRENCE, CITY OF FALL RIVER
and FREETOWN/LAKEVILLE REGIONAL
SCHOOL DISTRICT,
    Third-Party Defendants.

## PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the undersigned counsel and representative of Hartford Fire Insurance Company hereby certify that they have conferred with a view to (a) establishing a budget for the costs of conducting the full course of litigation, and (b) considering the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4 of the District of Massachusetts Local Rules.

Submitted by,

/s/ Scott Cochrane
_____

Authorized Representative
Hartford Fire Insurance Company
Hartford Plaza
Hartford, CT 06115

/s/ Bradford R. Carver
_____

Bradford R. Carver, BBO #565396
Cetrulo & Capone LLP
Two Seaport Lane, 10th Floor
Boston, MA 02210
(617) 217-5500

01154-0011
338930v1