UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. NO. 03-12502 NMG

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br>    Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| EASTERN CONTRACTORS, INC.,<br>    Defendant/Third Party Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| CITY OF LAWRENCE, CITY OF FALL RIVER<br>and FREETOWN/LAKEVILLE REGIONAL<br>SCHOOL DISTRICT,<br>    Third Party Defendants | )<br>)<br>)<br>) |

**NOTICE OF VOLUNTARY DISMISSAL OF THIRD-PARTY COMPLAINT AGAINST THIRD-PARTY DEFENDANT FREETOWN/LAKEVILLE REGIONAL SCHOOL DISTRICT**

    Pursuant to Rule 41(a)(1) and Rule 41(c) F.R.C.P. Third-Party Plaintiff, Eastern Contractors, Inc. files herewith its notice of voluntary dismissal of the third-party complaint filed against the Third-Party Defendant, Freetown/Lakeville Regional School District. Third-Party Plaintiff, Eastern Contractors, Inc., states that such Third-Party Defendant has not filed a responsive pleading to the allegations of the third-party complaint, and that this voluntary dismissal shall be <u>with prejudice and without costs.</u>

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the foregoing document was served on the attorney of record of each other party in this action, by mail, postage paid, on 11-8-04

Dated: Nov 5 2004

Third-Party Plaintiff
Eastern Contractors, Inc.
By its attorney,

/s/ Edward J. Quinlan
Edward J. Quinlan, Esq., BBO# 409060
Quinlan & Sadowski, P.C.
11 Vanderbilt Avenue, Suite 250
Norwood, MA 02062-5056
Phone: 781-440-9909; Fax: 781-440-9979