UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 27 P 2: 05

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, | ) C. A. NO. 03-12502 NMG |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| EASTERN CONTRACTORS, INC., | ) |
| Defendant/Third Party Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| CITY OF LAWRENCE, CITY OF FALL RIVER | ) |
| and FREETOWN/LAKEVILLE REGIONAL | ) |
| SCHOOL DISTRICT, | ) |
| Third Party Defendants | ) |
| | ) |

## PARTIAL STIPULATION OF DISMISSAL

NOW COME the Plaintiff, Hartford Fire Insurance Company, Defendant/Third Party Plaintiff, Eastern Contractors, Inc., and Third Party Defendants, City of Lawrence and City of Fall River before this Honorable Court pursuant to Federal Rules of Civil Procedure 41 (c) and hereby stipulate that all claims, counterclaims and third party claims by and between Eastern Contractors, Inc. and the City of Fall River in the above entitled matter are dismissed with prejudice and without costs. The parties further state that the Third Party Defendant Freetown/Lakeville Regional School District was dismissed previously through a Voluntary Dismissal.

Plaintiff,
Hartford Fire Insurance Company,
By its attorneys,

_Bradford R. Carver_ (MAL)
Bradford R. Carver, Esq., BBO# 565396
Cetrulo & Capone LLP
Two Seaport Lane, 10th Floor
Boston, MA  02210
Phone:   617-217-5500
Fax:      617-217-5200


Defendant/Third Party Plaintiff,
Eastern Contractors, Inc.,
By its attorneys,

_Magdalena Loret_
Edward J. Quinlan, Esq., BBO# 409060
Magdalena A. Loret, BBO #653152
Quinlan & Sadowski, P.C.
11 Vanderbilt Avenue, Suite 250
Norwood, MA   02062-5056
Phone:    781-440-9909
Fax:       781-440-9979


Third Party Defendant,
City of Lawrence
By its attorneys,

_Doreen Zankowski_ (MAL)
Doreen Zankowski, Esq.
BBO# 558381
Hinckley Allen & Snyder LLP
28 State Street
Boston, MA  02109
Phone:  617-345-9000
Fax:      617-345-9020

Third Party Defendant,
City of Fall River,
By its attorney,

_John C O'Neil_ (MAL)
John C. O'Neil, Esq.
BBO# 549349
O'Neil, Lucey & O'Neil
120 Purchase Street
P. O. Box 1150
Fall River, MA  02722
Phone:  508-679-9090
Fax:      508-730-1110


Dated:  _January 26, '05_