UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HARTFORD FIRE INSURANCE COMPANY,
    Plaintiff,

v.

EASTERN CONTRACTORS, INC.,                  C.A. No. 03-12502 NMG
    Defendant/Third-Party Plaintiff

v.

CITY OF LAWRENCE, CITY OF FALL RIVER
and FREETOWN/LAKEVILLE REGIONAL
SCHOOL DISTRICT,
    Third-Party Defendants.

## HARTFORD FIRE INSURANCE COMPANY'S
## MOTION TO AMEND PRE-TRIAL SCHEDULE

    Plaintiff, Hartford Fire Insurance Company ("Hartford") requests that the Pre-Trial Schedule in this case be modified to defer certain discovery to permit Hartford to file a motion for partial summary judgment with respect to three (3) of the seven (7) construction projects involved in this matter. The purpose of the Motion is not to unnecessarily delay the resolution of this matter. To the contrary, it is the expectation of Hartford that if its motion for partial summary judgment is granted, the case will be streamlined thereby reducing by weeks the length of any potential trial. At the same time, by eliminating 3 of the 7 projects for this matter by way of summary judgment, the prospects for an amicable resolution of this matter would significantly increase.

    A brief in support of this Motion is attached.

2

        Respectfully Submitted,
        HARTFORD FIRE INSURANCE COMPANY
        By its attorneys,

        /s/ Bradford R. Carver
        _____
        Bradford R. Carver, BBO #565396
        Cetrulo & Capone LLP
        Two Seaport Lane, 10th Floor
        Boston, MA 02110
        (617) 217-5500

Date: April 7, 2005