## Agreement between Eastern Contractors & S&R

Agreement between Eastern Contractors, Inc., Framingham, MA (hereinafter referred to as "ECI) and S&R Construction, Inc., Johnston, RI (hereinafter referred to as "ECI) made this day on January 9, 2003 pertaining to the Site work sub-contract on the following projects:

1. Normandin Middle School, New Bedford, MA
2. Lynnfield Middle School, Lynnfield, MA

For consideration of $1, the ECI and S&R agree to the following:

1. ECI will release S&R of all future contractual obligations for the incomplete work
2. S&R will provide all as-built information
3. S&R and its surety will be responsible for the following:
   - All unpaid bills not accounted for in the two attachments titled "**Attachment A:** S&R Construction, Normandin Middle School status as of 01/09/03" and "**Attachment B:** S&R Construction, Lynnfield Middle School status as of 01/06/03" attached hereto and made part of this agreement.
   - All workmanship, labor and material provided to date
   - Any corrective work deemed to be redone at no additional cost

# ATTACHMENT B

S&R Construction
Lynnfield Middle School

*Status as of:*     *1/6/2003*

| | | | | Payments made Towards S&R's Account | |
|---|---|---|---|---|---|
| Contract Amount | $ | 1,487,000 | | *Payments to S&R:* | |
| Change Orders | $ | 113,095 | #1-3 | 8/31/2001 | $ 78,300.00 |
| | | | | 9/30/2001 | $ 262,260.00 |
| Revised Contract Amount | $ | 1,600,095 | | 10/31/2001 | $ 85,500.00 |
| | | | | 11/30/2001 | $ 120,825.00 |
| *Owner/Architect Approved:* | | | | 12/31/2001 | $ 114,745.00 |
| Approved to Date | $ | 987,350 | | 1/31/2002 | $ 77,265.00 |
| Approved Change Orders | $ | 113,095 | | 2/28/2002 | $ 58,005.00 |
| Total Due | $ | 1,100,445 | | 3/31/2002 | $ 77,850.00 |
| | | | | 4/30/2002 | $ 28,125.00 |
| *ECI Payments:* | | | | 5/31/2002 | $ 8,100.00 |
| Open Claims by Suppliers/Subs | $ | (34,247) | | 6/30/2002 | $ 5,040.00 |
| Payments towards account | $ | (1,197,408) | | 8/31/2002 | $ 40,000.00 |
| | | | | | $ - |
| *Amount Overpaid:* | $ | (131,211) | | *Joint Checks:* | |
| | | | | Hillview - 9/30/02 | $ 9,380.00 |
| | | | | Revere - 9/30/02 | $ 3,395.00 |
| | | | | MBO - 9/30/02 | $ 1,595.00 |
| | | | | Scituate - 9/30/02 | $ 1,323.00 |
| | | | | Beta Group - 9/30/02 | $ 6,650.00 |
| | | | | Rotundo 1 - 7/22/02 | $ 23,940.00 |
| | | | | Rotundo 2 - 9/30/02 | $ 34,940.00 |
| | | | | Rotundo 3 - 9/30/02 | $ 17,050.00 |
| | | | | Rotundo 4 - 11/14/02 | $ 61,425.00 |
| | | | | Crane 1 - 9/30/02 | $ 2,950.00 |
| | | | | Barlite - 11/13/02 | $ 9,957.00 |
| | | | | J Wyman - 12/23/02 | $ 12,745.00 |
| | | | | Gallagher - 12/24/02 | $ 34,747.42 |
| | | | | | |
| | | | | *Invoices Paid for S&R* | |
| | | | | Gallagher Conc. | see paid Jt. Chks. |
| | | | | Barker Steel | see paid Jt. Chks. |
| | | | | Wakefield | $ 4,899.00 |
| | | | | Nations Rent | $ 378.00 |
| | | | | Orlando | $ 348.43 |
| | | | | Konan | $ 2,080.00 |
| | | | | Aggregate | $ 5,368.11 |
| | | | | Holden Fuel | $ 334.64 |
| | | | | Chas. H. Sells | $ 2,887.50 |
| | | | | Crane Rental 2 | $ 5,000.00 |
| | | | | | |
| | | | | *Total Payments:* | $ 1,197,408.10 |

**Potential Change Orders**

| | | |
|---|---|---|
| Waste Treatment Facility | $ | 50,000 |
| COP # | $ | - |
| COP # | $ | - |
| COP # | $ | - |
| | $ | 50,000 |

S&R Construction                                          *Status as of:*        *1/6/2003*
Lynnfield Middle School

| Vendor/Sub | Product | ECI Paid | S&R Paid | S&R Balance 12/16/2002 | ECI Balance 12/16/2002 | Remarks |
|---|---|---|---|---|---|---|
| **Knowns** | | | | | | |
| Pro Tool | Equip. rental | | | $ 6,121.84 | | |
| UTS | Water Treatment | | | $ 1,052.00 | | |
| Public Works Sup. | structures, pipe | | | $ 1,571.00 | | |
| United Rentals | machine rental | | | $ 20,127.93 | | |
| Deloury Industries | | | | $ 5,374.65 | | |
| | | | | $ - | | |
| | | | | $ - | | |
| **Unknowns** | | | | | | |
| MBO Precast | structures | | | $ - | | |
| Orlando | fuel | | | $ - | | |
| Nations Rent | Equip. rental | | | $ - | | |
| | | | | | | |
| ***New Sent to ECI*** | | | | | $ - | |
| | | | | | | |
| TOTALS: | | | | $ 34,247.42 | $ - | |

***Pending Invoices not yet Received***
ProTool
Nations Rent

# ATTACHMENT A

S&R Construction
Normandin Middle School

*Status as of:*     *1/9/2003*

| | | | | Payments made Towards S&R's Account | |
|---|---|---|---|---|---|
| Contract Amount | $ | 1,450,000 | | 11/30/2001 | $ | 164,000.00 |
| Change Orders | $ | 295,145 | #1-5 | 12/31/2001 | $ | 321,476.00 |
| | | | | 1/31/2002 | $ | 100,150.00 |
| | | | | 2/28/2002 | $ | 160,686.00 |
| Revised Contract Amount | $ | 1,745,145 | | 3/31/2002 | $ | 66,100.00 |
| | | | | 4/30/2002 | $ | 43,586.00 |
| Approved to Date | $ | 1,039,995 | | 5/31/2002 | $ | 131,008.00 |
| | | | | 6/30/2002 | $ | 20,750.00 |
| | | | | 9/30/2002 | $ | 6,680.00 |
| | $ | - | | | | |
| Payments towards account | $ | (1,125,740) | | | | |
| | $ | - | | | $ | - |
| OVERPAID | $ | (85,745) | | | $ | - |
| | | | | Joint Checks | $ | - |
| | | | | Hertz - 9/30/02 | $ | 3,594.00 |
| | | | | Revere - 9/30/02 | $ | 1,155.00 |
| | | | | AA Will - 9/30/02 | $ | 10,571.00 |
| | | | | Rotondo - 7/31/02 | $ | 2,000.00 |
| | | | | | $ | - |
| | | | | Claims | $ | 13,586.83 |
| | | | | | $ | - |
| | | | | Invoices Paid By ECI | $ | 80,396.78 |
| | | | | | $ | - |
| | | | | | $ | - |
| | | | | | $ | - |
| | | | | | $ | - |
| | | | | Total payments | $ | 1,125,739.61 |

**Potential Change Orders**

None

$     -
$     -
$     -
$     -
$     -

S&R Construction                                    *Status as of:*     *1/9/2003*
Normandin Middle School

| Vendor/Sub | Product | ECI Paid | S&R Paid | S&R Balance 12/16/2002 | ECI Balance 12/16/2002 | Remarks |
|---|---|---|---|---|---|---|
| **Claims Known** | | | | | | |
| Pro Tool | Equip. rental | | | $    711.81 | | |
| Orlando | Fuel | | | $  1,572.49 | | |
| EJ Prescott | structures, pipe | | | $ 11,302.53 | | |
| | | | | $         - | | |
| | | | | $         - | | |
| | | | | $         - | | |
| | | | | $         - | | |
| **Unknowns** | | | | | | |
| MBO Precast | structures | | | $         - | | |
| Orlando | fuel | | | $         - | | |
| Nations Rent | Equip. rental | | | $         - | | |
| United Rentals | | | | $         - | | |
| **New Sent to ECI** | | | | | $         - | |
| | | | TOTALS: | $ 13,586.83 | $         - | |

| Invoices Paid by ECI for S&R | | | |
|---|---|---|---|
| Orlando | Fuel | $       66.44 | |
| AA Will | Gravel | $ 14,286.93 | |
| Beacon Rental | Equipment | $ 19,913.86 | |
| Beacon Lumber | Material | $      683.95 | |
| Mozzone | Material | $       69.04 | |
| Aggregates | Bit Conc | $ 26,010.00 | |
| MinitMan Auto Wa: | Car Wash Tix | $      204.00 | |
| HCI | Frame damage | $      229.00 | |
| ECI Labor | Dewater/Dust | $ 11,400.00 | |
| ECI Super | Supervision | $   7,600.00 | |
| | | $ 80,396.78 | |

**Pending Invoices not yet Received**
AA Will
Beacon