UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>v.<br><br>EASTERN CONTRACTORS, INC.,<br><br>       Defendant. | CIVIL ACTION NO. 03-12502-NMG |
| EASTERN CONTRACTORS, INC.,<br><br>       Third Party Plaintiff,<br><br>v.<br><br>CITY OF LAWRENCE, CITY OF FALL RIVER and FREETOWN/LAKEVILLE REGIONAL SCHOOL DISTRICT,<br><br>       Third Party Defendants. | |

**NOTICE OF CHANGE OF ADDRESS FOR COUNSEL FOR HARTFORD FIRE INSURANCE COMPANY**

This is to notify the Court and all parties to the above-captioned matter that, effective July 1, 2005, the new firm name, address, telephone number and facsimile number for counsel for Hartford Fire Insurance Company is as follows:

**Hinshaw & Culbertson LLP**
**One International Place, 3rd Floor**
**Boston, MA 02110**
**Telephone:  (617) 213-7000**
**Fax:  (617) 213-7001**

1

2

        Respectfully Submitted,
        **HARTFORD FIRE INSURANCE COMPANY**
        By its attorneys,

        /s/ Eric H. Loeffler
        _____
        Bradford R. Carver, BBO #565396
        Eric H. Loeffler, BBO #641289
        Hinshaw & Culbertson LLP
        One International Place, 3rd Floor
        Boston, MA 02110
        Telephone: (617) 213-7000

Date: July 14, 2005

34012272v1 NEWFILE