FILED
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
2005 DEC 22  P 4:41

U.S. DISTRICT COURT       C. A. NO. 03-12502 NMG
DISTRICT OF MASS.

HARTFORD FIRE INSURANCE COMPANY,      )
        Plaintiff                           )
                                            )
                                            )
vs.                                         )
                                            )
EASTERN CONTRACTORS, INC.,                  )
        Defendant/Third Party Plaintiff     )
                                            )
vs.                                         )
                                            )
CITY OF LAWRENCE,                           )
        Third Party Defendant               )

## EASTERN CONTRACTORS, INC.'S EXHIBITS IN SUPPORT OF ITS OPPOSITION TO HARTFORD FIRE INSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Exhibit A:        Affidavit of Ramesh Motwane

Exhibit B:        Gary Judd Deposition

Exhibit C:        Affidavit of Donald Goodrich

Exhibit D:        E-mail dated 07/10/03 from Divine to Morelowicz

Exhibit E:        Affidavit of Magdalena A. Loret

Exhibit F:        Jarvis Deposition

Exhibit G:        Meeting Minutes 09/30/02

Exhibit H:        09/16/02 Notice of Default to S&R

Exhibit I:        09/24/02 Notice of Default to S&R

Respectfully submitted,
Eastern Contractors, Inc.
By its attorneys,

Edward J. Quinlan, Esq., BBO # 409060
David T. Keenan, Esq., BBO# 567325
Quinlan & Sadowski, P.C.
11 Vanderbilt Avenue, Suite 250
Norwood, MA 02062-5056
Phone: 781-440-9909
Fax:    781-440-9979

Dated: December 22, 2005

CERTIFICATE OF SERVICE
I certify that a true copy of the foregoing
document was served on the attorney of record for
each other party in this action, by mail, postage
12-22-05

- 2 -