UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Eastern Contractors, Inc.</u>
      **Third Party Plaintiff**

    V.

<u>Freetown/Lakeville Regional School</u>
      **Third Party Defendant**

CIVIL ACTION

NO.  <u>03-12502 NMG</u>

## <u>ORDER OF DISMISSAL</u>

<u>Gorton  D. J.</u>

Pursuant to Rule 41.1 (a) (1) and Rule 41 (c) of the Local Rules of this Court and in accordance with the Notice issued on <u>11/9/2004 (Docket No. 32)</u>, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

<u>1/5/2006</u>
    Date

/s/ Elizabeth E. Sonnenberg
    Deputy Clerk

(dismissal.wpd - 12/98)                                                      [odismr41.]