UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EASTERN CONTRACTORS, INC.,<br><br>　　　　Defendant. | Civil action no. 03-12502-NMG |
| EASTERN CONTRACTORS, INC.,<br><br>　　　　Third Party Plaintiff,<br><br>v.<br><br>CITY OF LAWRENCE, CITY OF FALL RIVER and FREETOWN/LAKEVILLE REGIONAL SCHOOL DISTRICT,<br><br>　　　　Third Party Defendants. | |

**HARTFORD FIRE INSURANCE COMPANY'S
<u>MOTION FOR LEAVE TO FILE REPLY BRIEF</u>**

The plaintiff, Hartford Fire Insurance Company ("Hartford"), hereby requests leave to file a reply to the defendant Eastern Contractors, Inc.'s ("Eastern") Opposition to Hartford's Motion for Partial Summary Judgment. In support of this Motion, Hartford states that it wishes to address certain factual assertions and legal arguments set forth in Eastern's Opposition and the accompanying affidavit of Donald Goodrich, submitted in support of its Opposition to Hartford's Motion. Hartford would also like an opportunity to respond to Eastern's Concise Statement of Material Facts of Record which Eastern contends there exists issues of material fact for trial. Hartford requests leave to file its reply on or before February 15, 2006.

WHEREFORE, Hartford Fire Insurance Company respectfully requests that this Honorable Court grant its request for leave to file a reply brief on or before February 15, 2006.

Respectfully submitted,

**HARTFORD FIRE INSURANCE COMPANY,**

By its attorneys,

/s/ Eric H. Loeffler
Bradford R. Carver, BBO #565396
Eric H. Loeffler, BBO #641289
Hinshaw & Culbertson LLP
One International Place, Third Floor
Boston, MA 02110
(617) 213-7000

34016798v1 856875