UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. NO. 03-12502 NMG

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, | ) |
|     Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| EASTERN CONTRACTORS, INC., | ) |
|     Defendant/Third Party Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| CITY OF LAWRENCE, | ) |
|     Third Party Defendant | ) |

**(Proposed) ORDER**

The defendant/third party plaintiff, Eastern Contractors, Inc., is hereby granted leave to file a Sur Reply to the plaintiff, Hartford Fire Insurance Company's, Reply Memorandum to Eastern's Opposition to Hartford's Motion for Partial Summary Judgment on or before March 1, 2006.


Dated_____          _____
                                UNITED STATES DISTRICT COURT