UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. NO. 03-12502 NMG

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,          Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| EASTERN CONTRACTORS, INC.,          Defendant/Third Party Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| CITY OF LAWRENCE,          Third Party Defendant | )<br>)<br>) |

## CERTIFICATION UNDER LOCAL RULE 7.1(A)(2)

I, David T. Keenan, counsel for the defendant/third party plaintiff, Eastern Contractors, Inc., do hereby certify that on February 9, 2006 I conferred, via telephone, with Attorney Bradford R. Carver, counsel for the plaintiff, Hartford Fire Insurance Company, in a good faith effort to try resolve and/or narrow the issues in dispute contained within the defendant/third party plaintiff's Motion for Leave to File Sur Reply in Response to Hartford Fire Insurance Company's Reply to Eastern Contractor's Inc.'s Opposition to Hartford Fire Insurance Company's Motion for Partial Summary Judgment.  Attorney Carver stated that the Plaintiff will not Oppose Defendants Motion to File a Sur Reply.  In accordance with Local Rule 7.1 (A)(2), I certify that the provisions of the Rule have been complied with.

2

Signed under the pains and penalties of perjury this 9th day of February, 2006.

                Respectfully submitted,

                Defendant/Third Party Plaintiff,
                Eastern Contractors, Inc.
                By its attorneys,

                /s David T. Keenan
                Edward J. Quinlan, Esq., BBO# 409060
                David T. Keenan, Esq., BBO# 567325
                Quinlan & Sadowski, P.C.
                11 Vanderbilt Avenue, Suite 250
                Norwood, MA  02062-5056
                Phone:  781-440-9909
Dated: February 9, 2006       Fax:    781-440-9979