UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARTFORD FIRE INSURANCE CO.,<br>　　Plaintiff,<br><br>vs.<br><br>EASTERN CONTRACTORS, INC.,<br>　　Defendant/Third-Party Plaintiff,<br><br>vs.<br><br>CITY OF LAWRENCE, CITY OF FALL RIVER, AND FREETOWN/LAKEVILLE REGIONAL SCHOOL DISTRICT,<br>　　Third-Party Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　C.A. No. 03-12502 NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 7.1 AND 37.1**

Now comes the undersigned counsel for Third-Party Defendant/Third-Party Counterclaimaint City of Lawrence, and hereby certifies that she has conferred with Defendant/Third-Party Plaintiff's counsel in good faith with regard to the Third-Party Defendants/Third-Party Counterclaimaint's Motion to Compel Answers to Interrogatories and Responses to Requests for Production of Documents.

Dated: March 27, 2006

Respectfully submitted,
Third-Party Defendant/Third-Party
Counterclaimant:
CITY OF LAWRENCE,
By its Attorneys,

_____/s/ Doreen M. Zankowski_____
Joel Lewin (BBO# 298040)
Doreen M. Zankowski (BBO# 558381)
Hinckley Allen Snyder LLP
28 State Street
Boston, MA 02109-1775
(617) 345-9000

# 575386                                                            1