UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARTFORD FIRE INSURANCE CO., <br>     Plaintiff, <br><br> vs. <br><br> EASTERN CONTRACTORS, INC., <br>     Defendant/Third-Party Plaintiff, <br><br> vs. <br><br> CITY OF LAWRENCE, CITY OF FALL RIVER, AND FREETOWN/LAKEVILLE REGIONAL SCHOOL DISTRICT, <br>     Third-Party Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    C.A. No. 03-12502 NMG <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 7.1 AND 37.1

Now comes the undersigned counsel for Third-Party Defendant/Third-Party Counterclaimaint City of Lawrence, and hereby certifies that she has conferred with all opposing counsel in good faith with regard to the Third-Party Defendant/Third-Party Counterclaimaint's Motion for Leave to file an Amended Answer and Amended Counterclaim.

Dated: April 3, 2006

                               Respectfully submitted,
                               Third-Party Defendant/Third-Party
                               Counterclaimant:
                               CITY OF LAWRENCE,
                               By its Attorneys,

                               /s/ *Doreen M. Zankowski*
                               Joel Lewin (BBO# 298040)
                               Doreen M. Zankowski (BBO# 558381)
                               Hinckley Allen Snyder LLP
                               28 State Street
                               Boston, MA 02109-1775
                               (617) 345-9000