UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARTFORD FIRE INSURANCE CO., <br>     Plaintiff, <br><br> vs. <br><br> EASTERN CONTRACTORS, INC., <br>     Defendant/Third-Party Plaintiff, <br><br> vs. <br><br> CITY OF LAWRENCE, CITY OF FALL RIVER, AND FREETOWN/LAKEVILLE REGIONAL SCHOOL DISTRICT, <br>     Third-Party Defendants. | C.A. No. 03-12502 NMG |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 7.1 AND 37.1

Now comes the undersigned counsel for Third-Party Defendant/Third-Party Counterclaimant, City of Lawrence, and hereby certifies that it conferred with Defendant/Third-Party Plaintiff's counsel in good faith with regard to the Third-Party Defendant/Third-Party Counterclaimant's Motion for Partial Summary Judgment.

The Parties were unable to narrow the issues.

# 606620                                        1

Dated: September 15, 2006

                                                    Respectfully submitted,
Third-Party Defendant/Third-Party Counterclaimant,
CITY OF LAWRENCE,
By its Attorneys,

/s/ Doreen M. Zankowski
_____

Joel Lewin (BBO# 298040)
Doreen M. Zankowski (BBO# 558381)
Hinckley Allen Snyder LLP
28 State Street
Boston, MA  02109-1775
(617) 345-9000

# 606620        2