EXHIBIT

C

ALL-STATE LEGAL

# Eastern Contractors, Inc.

571 Union Ave
Framingham, MA 01702

Phone  508-820-4401
Fax.   508-879-9633

November 1, 2001

The Design Partnership of Cambridge
500 Rutherford Avenue

Phone: 617-241-9800
Fax:    617-241-5143

Charlestown, MA 02129

Attn:    David Capaldo

Project:  New Wetherbee  Elem. & Middle Schl.
Re:
          COP#11 General Rock Excavation

Project #: 9902
Job #:  900

Dear IMr. Capaldo:

Enclosed please find COP#11 for General Rock Excavation in excess of the Contract
Allowances.  Please be advised that under MLG c30 s39N that the Contractor may request to
negotiate a revised unit cost for this Contract Change.

Very truly yours,

Ronald Votta
Project Manager

CC·  Site J.Lupi.Tishman
Encl.

## QUANTITY SURVEY AND ESTIMATING SUMMARY

| | | |
|---|---|---|
| PROJECT | Wetherbed Elementary/Middle School | |
| CONSTRUCTION MANAGER | Tishman Construction Co. | |
| OWNER | City of Lawrence | |
| ARCHITECT | The Design Partnership of Cambridge | |
| CONTRACTOR | EASTERN CONTRACTORS, INC. | |
| DATE | 1-Nov-01 | |
| SUBJECT | General Rock Excavation Allowance | |
| C.O.P. # | 11 | |
| SHEET # | 1 | |
| TIME EXTENSION | 0 DAYS | |

| DESCRIPTION OF ITEM | QTY | UNIT | UNIT PRICE | | | COST | | |
|---|---|---|---|---|---|---|---|---|
| | | | LABOR | MATERIAL | LABOR | MATL | TOTAL | |
| FIELD COORDINATION/SUPERVISION | 0 | HRS | $ 85.00 | | 0.00 | 0.00 | 0.00 | |
| Project Engineer | 0 | HRS | $ 65.00 | | 0.00 | 0.00 | 0.00 | |
| Time Keeper | | HRS | $ 65.00 | | 0.00 | 0.00 | 0.00 | |
| | | | | | 0.00 | 0.00 | 0.00 | |
| | | | | | 0.00 | 0.00 | 0.00 | |
| | | | | | 0.00 | 0.00 | 0.00 | |
| | | | | | 0.00 | 0.00 | 0.00 | |
| | | | | | 0.00 | 0.00 | 0.00 | |
| | | | | | 0.00 | 0.00 | 0.00 | |
| | | | | | 0.00 | 0.00 | 0.00 | |
| | | | | | 0.00 | 0.00 | 0.00 | |
| | | | | | 0.00 | 0.00 | 0.00 | |
| | | | | | 0.00 | 0.00 | 0.00 | |
| | | | | | 0.00 | 0.00 | 0.00 | |
| | | | | | 0.00 | 0.00 | 0.00 | |
| High Lift Rental | | ca | | | 0.00 | 0.00 | 0.00 | |
| LULL+Operator | | Hrs | | | 0.00 | 0.00 | 0.00 | |
| UNLOADING | | HRS | | | 0.00 | 0.00 | 0.00 | |
| CLEANUP | | Hrs | | | 0.00 | 0.00 | 0.00 | |
| DUMPSTER | | LS | | | 0.00 | 0.00 | 0.00 | |
| Safety | | Hrs | | | 0.00 | 0.00 | 0.00 | |
| MISC.TRUCKING | | LS | | | 0.00 | 0.00 | 0.00 | |
| TOTALS | | | | | $0.00 | 0.00 | 0.00 | |
| TOOLS @ 6% OF COST | | | | | | | 0.00 | |
| PAYROLL TAXES & INSURANCE=56.68% OF LABOR | | | | | | | 0.00 | |
| SUBTOTAL (GC) | | | | | | | 0.00 | |
| SUB'S COST PER ENCL. PROPOSAL | | | | | | | 145,222.00 | |
| GC/non filed sub O/P @20% | | | | | | | 0.00 | |
| Sub Total GC/Sub cost | | | | | | | 145,222.00 | |
| CREDIT | | | | | | | 0.00 | |
| BOND (G C/SUB) @1 OF COST | | | | | | | 0.00 | |
| Sub Total Cost | | | | | | | 145,222.00 | |
| Less Contract Allowance | | | | | | | -115,500.00 | |
| Total Cost COP#11 | | | | | | | 29,722.00 | |

NOTES:

1. WE CANNOT PROCEED WITHOUT WRITTEN APPROVAL. THIS PROPOSAL IS GOOD FOR TWENTY ONE DAYS ONLY. INCREASES IN LABOR, MATERIALS, TRAVEL CHRGES, ETC OCCURING TWENTY ONE DAYS AFTER THE DATE OF THIS PROPSAL WILL HAVE TO BE ADDED TO THIS C.O.P.

2. UNLESS OTHERWISE NOTED IMPACT COSTS CANNOT BE DETERMINED AT THIS TIME

3. THIS PROPOSAL DOES NOT INCLUDE ANY AMOUNTS FOR CHANGES IN SEQUENCE OF WORK, DISRUPTIONS, INTERFERENCES AND/OR IMPACT COSTS, THE RIGHT IS EXPRESSELY RESERVED TO MAKE CLAIMS FOR ANY AND ALL OF THESE RELATED ITEMS.

4. DOES NOT INCLUDE CUTTING & PATCHING OR BLOCKING BY ECI

5. Does not include resoration of cupola and domers

## QUANTITY SURVEY AND ESTIMATING SUMMARY

PROJECT  Wetherbee Elementary/Middle School
CONSTRUCTION MANAGER  Tishman Construction Co.
OWNER  City of Lawrence
ARCHITECT  The Design Partnership of Cambridge
CONTRACTOR  EASTERN CONTRACTORS, INC.
DATE  11/1/01
SUBJECT  General Rock Excavation Allowance
C O.P. #  11
SHEET #  2
TIME EXTENSION  0 DAYS

| S&R Construction | | | |
|---|---|---|---|
| General rock excavation 8/23/01 | 4DD cy | 38 50 | 15,400 |
| General rock excavation 9/27/01 | 3251 cy | 38 50 | 125,104 |
| General rock excavation 10/12/01 | 83 cy | 38 50 | 3,106 |
| General rock excavation 10/16/01 | 35 cy | 38 50 | 1,348 |
| General rock excavation | 1 cy | 38 50 | 39 |
| General rock excavation | 1 cy | 38 50 | 39 |
| General rock excavation | 1 cy | 38 50 | 39 |

| TOTAL | 3772 | | 145,222 00 |
|---|---|---|---|

OCT-22-2001 MON 12:37 PM S&R CONSTRUCTION    401 276 7031    P. 04
Oct 01 01 09:04a    EASTERN CONTRACTORS

# OB INVOICE

## S & R CONSTRUCTION CO., INC.

60 DYERVILLE AVENUE
JOHNSTON, R.I. 02919
401-831-6337 • 401-831-6338

Nº    103

| | | | |
|---|---|---|---|
| DATE ORDERED 8/23/2001 | | ORDER TAKEN BY | |
| PHONE NO. | | CUSTOMER ORDER NO. | |

TO  *Eastern Const. Inc.*

ADDRESS

ATTENTION

| JOB LOCATION *LAWRENCE* | |
|---|---|
| JOB PHONE | STARTING DATE |
| TERMS | |

| QTY. | MATERIAL | UNIT | AMOUNT |
|---|---|---|---|
| *Yards* | | | |
| *400* | *Rock Excavation* | | |
| | *Quantity Verified Through Field Calculations / Measurements* | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| DESCRIPTION OF WORK |
|---|
| |
| |
| |
| |
| |
| |

| MISCELLANEOUS CHARGES |
|---|
| |
| |
| |
| |
| |

| LABOR | HRS. | RATE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| WORK ORDERED BY |
|---|
| DATE ORDERED |
| DATE COMPLETED |

| | |
|---|---|
| TOTAL LABOR | |
| TOTAL MATERIALS | *600 yds* |
| TOTAL MISCELLANEOUS | |
| SUBTOTAL | |
| TAX | |
| GRAND TOTAL | |

CUSTOMER APPROVAL
SIGNATURE  *R R k → Ec/*

AUTHORIZED SIGNATURE  *R.Wolfe (Tishman Construction)*

*Quantity Verification* JOB INVOICE

OCT-22-2001 MON 12:38 PM S&R CONSTRUCTION    401 276 7031    P. 05
Oct 01 01 09:04a    EASTERN CONTRACTORS

# JOB INVOICE

## S & R CONSTRUCTION CO., INC.
50 DYERVILLE AVENUE
JOHNSTON, R.I. 02919
401-831-6337 • 401-831-6338

Nº    106

| | | | |
|---|---|---|---|
| TO | Eastern Const Inc | DATE ORDERED 7/27/01 | ORDER TAKEN BY XN2 |
| ADDRESS | Wetherbee School | PHONE NO. | CUSTOMER ORDER NO. |
| | | JOB LOCATION Lawrence CF | |
| ATTENTION | | JOB PHONE | STARTING DATE |
| | | TERMS | |

| QTY. | MATERIAL | UNIT | AMOUNT | | DESCRIPTION OF WORK |
|---|---|---|---|---|---|
| 3251 | yards  Rock Excavation | | | | |
| | Quantity Calculated | | | | |
| | through Survey | | | | |
| | and Field Measurements | | | | MISCELLANEOUS CHARGES |

| LABOR | HRS. | RATE | AMOUNT |
|---|---|---|---|

WORK ORDERED BY

DATE ORDERED

DATE COMPLETED

CUSTOMER APPROVAL SIGNATURE

AUTHORIZED SIGNATURE  R Wolfe 10-1-01 (Tishman Construction)
(Quantity Verification)

| | |
|---|---|
| TOTAL LABOR | |
| TOTAL MATERIALS | |
| TOTAL MISCELLANEOUS | |
| SUBTOTAL | |
| TAX | |
| GRAND TOTAL | |

## JOB INVOICE

OCT-22-2001 MON 12:38 PM S&R CONSTRUCTION    401 276 7031    P. 06
Oct 22 01 09:52a    EASTERN CONTRACTORS    9786837453    p.3

# JOB INVOICE

## S & R CONSTRUCTION CO., INC.

60 DYERVILLE AVENUE
JOHNSTON, R.I. 02919
401·831·6337 • 401·831 6338

Nº    108

| DATE ORDERED 10/12/01 | ORDER TAKEN BY |
| PHONE NO. | CUSTOMER ORDER NO. |
| JOB LOCATION | |
| JOB PHONE | STARTING DATE |
| TERMS | |

TO _Eastern Const. Inc_
ADDRESS _Wetherbee School_
_Lawrence Mass_
ATTENTION

| QTY. | MATERIAL | UNIT | AMOUNT |
|------|----------|------|--------|
| 83 yds | Rock Excavation | 8.50 | |
| | Quantity Verified | | |
| | Through Field | | |
| | Calculations/measurements. | | |

| DESCRIPTION OF WORK |
|---------------------|
| Hammer Ledge From |
| Footings and Elevator Pit |
| ② F-7   10'x10'x 4'2"   31cy |
| ② F-9   12'x12'x 3'8"   39cy |
| ① Elevator Pit 10'4"x 8'4"   13 cy |

**MISCELLANEOUS CHARGES**

| LABOR | HRS. | RATE | AMOUNT |
|-------|------|------|--------|

| WORK ORDERED BY |
| DATE ORDERED |
| DATE COMPLETED |

| TOTAL LABOR | |
| TOTAL MATERIALS | |
| TOTAL MISCELLANEOUS | |
| SUBTOTAL | |
| TAX | |
| GRAND TOTAL | |

CUSTOMER APPROVAL
SIGNATURE

AUTHORIZED SIGNATURE _B Wolfe  (Tishman Construction)_
_Quantity Verification_    **JOB INVOICE**

OCT-22-2001 MON 12:39 PM S&R CONSTRUCTION       401 276 7031          P. 08
Oct 22 01 09:52a    EASTERN CONTRACTORS                         ...

# JOB INVOICE

## S & R CONSTRUCTION CO., INC.
60 DYERVILLE AVENUE
JOHNSTON, R.I. 02919
401-831-6337 • 401-831-6338

№ 109

| DATE ORDERED | ORDER TAKEN BY |
|---|---|
| 10/16/01 | VKJ |
| PHONE NO | CUSTOMER ORDER NO. |
| JOB LOCATION | |
| JOB PHONE | STARTING DATE |
| TERMS | |

TO: EASTERN Const. INC.
ADDRESS: Wether Bee School
         Lawrence Mass
ATTENTION:

| QTY. | MATERIAL | UNIT | AMOUNT | DESCRIPTION OF WORK |
|---|---|---|---|---|
| 35 | yards Rock Excavation | | | Rock Excavation |
| | | | | 27' x 7' x 15' |
| | Quantry Verifies | | | |
| | Through Field | | | |
| | Measurements | | | |
| | | | | |
| | | | | |
| | | | | MISCELLANEOUS CHARGES |
| | | | | |

| LABOR | HRS. | RATE | AMOUNT |
|---|---|---|---|
| | | | |

WORK ORDERED BY
DATE ORDERED
DATE COMPLETED

CUSTOMER APPROVAL
SIGNATURE                    ECI

AUTHORIZED SIGNATURE  B Woods (Tishman Construction)
                      [Quantity Verification]

| | |
|---|---|
| TOTAL LABOR | |
| TOTAL MATERIALS | |
| TOTAL MISCELLANEOUS | |
| SUBTOTAL | |
| TAX | |
| GRAND TOTAL | |

**JOB INVOICE**