

## QUANTITY SURVEY AND ESTIMATING SUMMARY

| | |
|---|---|
| PROJECT | Wetherbee Elementary/Middle School |
| CONSTRUCTION MANAGER | Tishman Construction Co. |
| OWNER | City of Lawrence |
| ARCHITECT | The Design Partnership of Cambridge |
| CONTRACTOR | EASTERN CONTRACTORS, INC. |
| DATE | 11/1/2001 REVISED 3/13/02 |
| SUBJECT | General Rock Excavation Allowance |
| C.O.P. # | 11 |
| SHEET # | 1 |
| TIME EXTENSION | 0 DAYS |

| GC Description of Work | QTY | UNIT | UNIT PRICE LABOR | UNIT PRICE MATERIAL | COST LABOR | COST MATL | TOTAL |
|---|---|---|---|---|---|---|---|
| | | | | | | 0.00 | 0.00 |
| | | | | | | 0.00 | 0.00 |
| | | | | | | 0.00 | 0.00 |
| | | | | | | 0.00 | 0.00 |
| | | | | | | 0.00 | 0.00 |
| | | | | | | 0.00 | 0.00 |
| | | | | | | 0.00 | 0.00 |
| | | | | | | 0.00 | 0.00 |
| **Non-Filed Sub Proposal** | | | | | | | |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| **Misc. Cost** | | | | | | | |
| | | | | | | 0.00 | 0.00 |
| High Lift Rental | | | | | 0.00 | 0.00 | 0.00 |
| LULL+Operator | | Hrs | | | 0.00 | 0.00 | 0.00 |
| UNLOADING | | HRS | | | 0.00 | 0.00 | 0.00 |
| CLEANUP | | Hrs | $ - | | 0.00 | 0.00 | 0.00 |
| DUMPSTER | | LS | $ - | | 0.00 | 0.00 | 0.00 |
| MISC. TRUCKING | | LS | $ - | | 0.00 | 0.00 | 0.00 |
| GC / Non Filed Sub Totals | | | | | $0.00 | 0.00 | 0.00 |
| PAYROLL TAXES & INSURANCE=25% OF LABOR | | | | | | | 0.00 |
| SUBTOTAL (GC) | | | | | | | 0.00 |
| Non Filed sub O/P @20% | | | | | | | 0.00 |
| Total Filed Subcontractors Proposal(s) | | | | | | | 28,259.00 |
| GC O/P @ 7% of Filed Sub Proposal | | | | | | | |
| BOND (G.C/SUB) @1. of Cost | | | | | | | |
| **Total Cost Proposal** | | | | | | | **28,259.00** |

NOTES:
1. WE CANNOT PROCEED WITHOUT WRITTEN APPROVAL. THIS PROPOSAL IS GOOD FOR TWENTY ONE DAYS ONLY. INCREASES IN LABOR, MATERIALS, TRAVEL CHRGES, ETC. OCCURING TWENTY ONE DAYS AFTER THE DATE OF THIS PROPSAL WILL HAVE TO BE ADDED TO THIS C.O.P.
2. UNLESS OTHERWISE NOTED IMPACT COSTS CANNOT BE DETERMINED AT THIS TIME.
3. THIS PROPOSAL DOES NOT INCLUDE ANY AMOUNTS FOR CHANGES IN SEQUENCE OF WORK, DISRUPTIONS, INTERFERENCES AND/OR IMPACT COSTS, THE RIGHT IS EXPRESSLY RESERVED TO MAKE CLAIMS FOR ANY AND ALL OF THESE RELATED ITEMS.
4. DOES NOT INCLUDE CUTTING & PATCHING OR BLOCKING BY ECI.
5. Does not included remediation of contaminated soils

## QUANTITY SURVEY AND ESTIMATING SUMMARY

|  |  |
|---|---|
| PROJECT | Wetherbee Elementary/Middle School |
| CONSTRUCTION MANAGER | Tishman Construction Co. |
| OWNER | City of Lawrence |
| ARCHITECT | The Design Partnership of Cambridge |
| CONTRACTOR | EASTERN CONTRACTORS, INC. |
| DATE | 11/1/2001 REVISED 3/13/02 |
| SUBJECT | General Rock Excavation Allowance |
| C.O.P. # | 11 |
| SHEET # | 2 |
| TIME EXTENSION | 0 DAYS |

| Non Filed Subcontractor Proposal | | | |
|---|---|---|---|
| S&R Construction | | | |
| General rock excavation 8/23/01 | 400 cy | 38.50 | 15,400 |
| General rock excavation 9/27/01 | 3251 cy | 38.50 | 125,164 |
| General rock excavation 10/12/01 | 83 cy | 38.50 | 3,196 |
| | | | 0 |
| Less Contract Allowance | | | -115,500 |
| | | | 0 |
| | | | 0 |

| TOTAL | | | 28,259.00 |
|---|---|---|---|

Oct 01 01 09:04a    EASTERN CONTRACTORS
Case 1:03-cv-13582-NMG    Document 470-276    Filed 09/15/2006    Page 3 of 5

# JOB INVOICE

## S & R CONSTRUCTION CO., INC.
60 DYERVILLE AVENUE
JOHNSTON, R.I. 02919
401-831-6337 • 401-831-6338

N° 103

| TO | Eastern Const, Inc. |
|---|---|
| ADDRESS | |
| ATTENTION | |

| DATE ORDERED | 8/23/2001 | ORDER TAKEN BY | |
| PHONE NO. | | CUSTOMER ORDER NO. | |
| JOB LOCATION | Lawrence | | |
| JOB PHONE | | STARTING DATE | |
| TERMS | | | |

| QTY. | MATERIAL | UNIT | AMOUNT |
|---|---|---|---|
| 400 | Rock Excavation | | |
| | Quantity Verified Through Field Calculations/Measurements | | |

DESCRIPTION OF WORK

MISCELLANEOUS CHARGES

| LABOR | HRS. | RATE | AMOUNT |
|---|---|---|---|

| TOTAL LABOR | |
| TOTAL MATERIALS | 400 yds |
| TOTAL MISCELLANEOUS | |
| SUBTOTAL | |
| TAX | |
| GRAND TOTAL | |

WORK ORDERED BY
DATE ORDERED
DATE COMPLETED

CUSTOMER APPROVAL SIGNATURE _____ EC/
AUTHORIZED SIGNATURE B Wolk (Tishman Construction)
(Quantity Verification)

JOB INVOICE

# JOB INVOICE

## S & R CONSTRUCTION CO., INC.
60 DYERVILLE AVENUE
JOHNSTON, R.I. 02919
401-831-6337 • 401-831-6338

**N° 106**

| | |
|---|---|
| DATE ORDERED 9/27/01 | ORDER TAKEN BY |
| PHONE NO. | CUSTOMER ORDER NO. |
| JOB LOCATION LAWRENCE | |
| JOB PHONE | STARTING DATE |
| TERMS | |

TO: Eastern Const Inc
ADDRESS: Wetherbee School
ATTENTION:

| QTY. | MATERIAL | UNIT | AMOUNT |
|---|---|---|---|
| 3251 | yards Rock Excavation | | |
| | Quantity Calculated through Survey and Field Measurements | | |

DESCRIPTION OF WORK

MISCELLANEOUS CHARGES

| LABOR | HRS. | RATE | AMOUNT |
|---|---|---|---|

| WORK ORDERED BY | | TOTAL LABOR | |
|---|---|---|---|
| DATE ORDERED | | TOTAL MATERIALS | |
| DATE COMPLETED | | TOTAL MISCELLANEOUS | |
| | | SUBTOTAL | |
| CUSTOMER APPROVAL SIGNATURE | | TAX | |
| AUTHORIZED SIGNATURE  B Wolfe 10-1-01 (Tishman Construction) Quantity Verification | | GRAND TOTAL | |

**JOB INVOICE**

# JOB INVOICE

## S & R CONSTRUCTION CO., INC.
60 DYERVILLE AVENUE
JOHNSTON, R.I. 02919
401-831-6337 • 401-831-6338

N° 108

| DATE ORDERED | ORDER TAKEN BY |
|---|---|
| 10/12/01 | |
| PHONE NO. | CUSTOMER ORDER NO. |
| | |

TO: Eastern Const, Inc
ADDRESS: Wetherbee School
Lawrence Mass
ATTENTION:

| JOB LOCATION | |
|---|---|
| JOB PHONE | STARTING DATE |
| TERMS | |

| QTY. | MATERIAL | UNIT | AMOUNT |
|---|---|---|---|
| 83 yds | Rock Excavation | 38.50 | |
| | Quantity Verified | | |
| | Through Field | | |
| | Calculations/measurements. | | |

**DESCRIPTION OF WORK**

Hammer Ledge From Footings and Elevator Pit

① F-7  10'x10'x4'2"  31cy
② F-9  12'x12'x3'8"  39cy
① Elevator Pit 10'x8'4"  13cy

**MISCELLANEOUS CHARGES**

| LABOR | HRS. | RATE | AMOUNT |
|---|---|---|---|
| | | | |

| WORK ORDERED BY | | TOTAL LABOR | |
|---|---|---|---|
| DATE ORDERED | | TOTAL MATERIALS | |
| DATE COMPLETED | | TOTAL MISCELLANEOUS | |
| | | SUBTOTAL | |
| CUSTOMER APPROVAL SIGNATURE: [signed] | | TAX | |
| AUTHORIZED SIGNATURE: B. Wolfe (Tishman Construction) | | GRAND TOTAL | |
| Quantity Verification | | | |

JOB INVOICE