EXHIBIT F

# Design*partnership*
OF CAMBRIDGE INC

08/22/02

Mr. Suresh Bhatia, Vice president
Eastern Contractors Inc.
571 Union Avenue
Framingham, MA 01702

Re: New Wetherbee School

VIA FAX AND MAIL

Dear Suresh,

Please be advised that Change Order Proposal #56 (Excess ledge removal) was rejected due to the provision that Eastern Contractors included in the proposal to re-negotiate the unit price. Otherwise this proposal was found acceptable and would have been approved if that caveat had not been included. Without an approved change order proposal there was no mechanism for which payment for the ledge removal was possible.

In an effort to allow for timely payment for the previously completed excess ledge removal, we ask that you re-submit C.O.P.#56, excluding the above mentioned caveat as soon as possible.

We will make every effort to promptly expedite an approved Change Order, which in turn will allow for payment following your re-submission.

In addition, for all future ledge removal we have agreed to review proposals on a weekly basis. This will allow for future proposals to be included in the following months requisitions upon approval.

Based on the contract documents, ledge removal is included in the scope of work, including the provisions for additional ledge beyond the base contract pay limit. Therefore Eastern Contractors must proceed with the ledge removal as required by the contract documents. Ledge removal beyond the base pay limit of the contract will be approved on future Change orders as it had been previously, at the unit price stipulated in the contract documents.

Sincerely,

DESIGN PARTNERSHIP of Cambridge Inc.

David E. Capaldo, AIA

Associate

Cc: Wayne Capolupo – SPS New England Inc., Doreen Zankowski – Hinkley, Allen & Snyder, Tim Bell – Bayside Engineer

---

HOOD BUSINESS PARK
500 RUTHERFORD AVENUE
CHARLESTOWN, MA 02129

T 617.241.9800
F 617.241.5143
www.dpc-r.com

ARCHITECTURE
PROGRAMMING
MASTER PLANNING
INTERIOR DESIGN

---

Post-it® Fax Note 7671
To: SURESH/DANTE   From: DAVE C
Co./Dept.: ECI   Co.: DPC
Phone #:   Phone #:
Fax #: CC BAYSIDE   Fax #: