

EXHIBIT
G

## QUANTITY SURVEY AND ESTIMATING SUMMARY

| | |
|---:|:---|
| PROJECT | Wetherbee Elementary/Middle School |
| CONSTRUCTION MANAGER | Tishman Construction Co. |
| OWNER | City of Lawrence |
| ARCHITECT | The Design Partnership of Cambridge |
| CONTRACTOR | EASTERN CONTRACTORS, INC. |
| DATE | 10 July, 2002 (Revised) 23 August, 2002 ( Revised) |
| SUBJECT | Excess Ledge Removal Building "A" |
| C.O.P. # | 56 (Revised) |
| SHEET # | 2 |
| TIME EXTENSION | 60 DAYS |

| | | | |
|---|---|---|---|
| S&R Constr. Inc. (OPEN) | 2531.6 cy | 38.50 | 97,466.60 |
| | 1 | | 0.00 |
| | 1 ls | | 0.00 |
| | 1 ls | | 0.00 |
| | 1 ls | | 0.00 |
| | 1 ls | | 0.00 |

| | |
|---|---:|
| TOTAL | 97,466.60 |

# JOB INVOICE

## S & R CONSTRUCTION CO., INC.
60 DYERVILLE AVENUE
JOHNSTON, R.I. 02919
401-831-6337 • 401-831-6338

N? 371

| TO | Eastern Con. D. Co. | DATE ORDERED | 5-13-02 | ORDER TAKEN BY | R. FERRARA |
| ADDRESS | | PHONE NO. | 401-255-8716 | CUSTOMER ORDER NO. | |
| | Wetherbee School, Lawrence MA | JOB LOCATION | Wetherbee School | | |
| | | JOB PHONE | | STARTING DATE | 5-13-02 |
| ATTENTION | | TERMS | | | |

| QTY. | MATERIAL | UNIT | AMOUNT | DESCRIPTION OF WORK |
|---|---|---|---|---|
| | 20 X 6 X 2.5 = J/L = 2 A 9 | | 11.11 yd | LEDGE MESUREMENTS: |
| | 12 X 7 X 3 = J/L A 9 | | 9.33 | J and L lines plus pier |
| | 18 X 7 X 2.5 = J/L = 9 A 11 | | 11.7 | footings. |
| | 10 X 8 X 3 = J/L A 12 | | 8.9 | |
| | 6 X 8 X 3 = J/L = 12 A 14 | | 5.33 | |
| | 8 X 11 X 3 = J/L A 14 | | 9.8 | |
| TRENCH | 5 X 11 X 3 = J/L = 14 A 16 | | 6.11 | MISCELLANEOUS CHARGES |
| TRENCH | 7 X 9 X 4 = J/L A 16 | | 9.33 | |
| TRENCH | 5 X 7 X 4 = J/L 16 A 17 | | 5.19 | } 36.92 |
| TRENCH | 7 X 10 X 4 = J/L A 17 | | 10.37 | |
| TRENCH | 16 X 4 X 2.5 = J/L 17 A 19 | | 5.92 | |
| | 8 X 8 X 3 = 14 line off J/L | | 2.11 | |
| | 3.5 X 6 X 2 = 14 line off J/L | | 1.55 | |
| | 10 X 10 X 2 = 6-16 | | 7.40 | LABOR  HRS.  RATE  AMOUNT |
| | 10 X 10 X 2 = 6-17 | | 7.40 | |
| | TOTAL THIS AREA | | 116.57 yd | |
| | | | 36.92 → TRENCH | |
| | | | 79.65 → GENERAL | |

| WORK ORDERED BY | | TOTAL LABOR | |
| DATE ORDERED | | TOTAL MATERIALS | |
| DATE COMPLETED | | TOTAL MISCELLANEOUS | |
| CUSTOMER APPROVAL SIGNATURE | [signature] Ecl | SUBTOTAL | |
| AUTHORIZED SIGNATURE | BWf (Tishman Const. as agent for the City of Lawrence) | TAX | |
| | | GRAND TOTAL | |

[Quantity Verification Only]  JOB INVOICE

# JOB INVOICE

## S & R CONSTRUCTION CO., INC.
60 DYERVILLE AVENUE
JOHNSTON, R.I. 02919
401-831-6337 • 401-831-6338

N° 372

TO: Eastern Conc. Co.
ADDRESS: Wetherbee School, Lawrence MA
ATTENTION:

DATE ORDERED: 5-13-02
ORDER TAKEN BY: R. Ferrara
PHONE NO.: 401-255-8716
CUSTOMER ORDER NO.:
JOB LOCATION: Wetherbee School Lawrence MA
JOB PHONE:
STARTING DATE: 5-13-02
TERMS:

| QTY. | MATERIAL | UNIT | AMOUNT |
|---|---|---|---|
| | Stand'd existing brick wall: | | |
| | 6' x 4' x 6' | = | 5.33 yds. |
| | 1st step = 54.5 = 19' x 4.5' x 6' | = | 19 " |
| | 2nd step = 52.5 = 16' x 6.5' x 6' | = | 23.11 " |
| | 3rd step = 50.5 = 18' x 8.5' x 6' | = | 34 " |
| | 4th step = 48.5 = 19' x 8.5' x 6' | = | 35.89 " |
| | D Line = 22' x 11' x 2.5' | = | 22.4 " |
| | 22 Line = 1st step = 11' x 12' x 4.5' | = | 22 " |
| * | 22 Line at F Lin (TRENCH LEDGE) | | |
| | 12' x 12' x 7' | = | 37.33 " |
| | D Line = 60' x 10' x .50' | = | 11.11 " |
| | D Line @ 14 Line = 12' x 18' x 3' | = | 24 " |
| | 14 Line 2nd step = 8 x 12 x 2.5 | = | 8.9 " |
| | M Line Stand'd colum line 12 | | |
| | @ colum line 2 - D ledge = | | |
| | 65' x 32' x 10.5' | = | 808.88 " |
| | M Line Stand'd colum line 12 @ | | |
| | colum line 21 = 77' x 48' x 10.5 | = | 1,437.33 " |
| | 6-10-02 = TOTAL TO DATE | = | 2489.28 yds |

DESCRIPTION OF WORK: LEDGE REMOVAL IN BLDG. = SECTION "A"

MISCELLANEOUS CHARGES

37.33 TRENCH
2451.95 GENERAL

LABOR | HRS. | RATE | AMOUNT

WORK ORDERED BY:
DATE ORDERED:
DATE COMPLETED:

CUSTOMER APPROVAL SIGNATURE: [signature]
AUTHORIZED SIGNATURE: R Wolff (Tishman Const. as agent for the City of Lawrence)
[Quantity Verification Only]

TOTAL LABOR
TOTAL MATERIALS
TOTAL MISCELLANEOUS
SUBTOTAL
TAX
GRAND TOTAL

JOB INVOICE