# HinckleyAllenSnyder LLP
ATTORNEYS AT LAW

*Charles E. Schaub, Jr., Esq.*
*cschaub@haslaw.com*

28 State Street
Boston, MA 02109-1775
TEL: 617.345.9000
FAX: 617.345.9020
www.haslaw.com

**EXHIBIT A**

June 1, 2006

Edward J. Quinlan, Esq.
Quinlan & Sadowski, P.C.
11 Vanderbilt Avenue
Suite 250
Norwood, MA 02062

Re: **Weatherbee School**

Dear Ed:

I have not received any communication or documents from you indicating that Eastern had ever passed on the claim by S&R for the rock excavation during the fall of 2003. As I had indicated to you during our conversation, neither the architect nor the City ever received a copy of the claim. The first time that it was made available was during the discovery process in this litigation. Since it was untimely, as you are aware, Eastern would be barred from passing it through to the City. This would only leave us to resolve the issues between Eastern and the City concerning the timeliness of Eastern's completion of the project.

We are willing to attempt to work through those issues with you in order to resolve the issues between City and Eastern. I would like to approach this on more of a cooperative basis rather than having to file a Motion for Partial Summary Judgment as to the issue concerning the notice for the claim.

Please get back to me ASAP so we will know how we need to proceed in this matter.

Very truly yours,

*Charles E. Schaub, Jr./set*

Charles E. Schaub, Jr.

CES/set

cc: Mary Lou Bergeron, Assistant Superintendent of Schools

**HinckleyAllenSnyder**LLP
ATTORNEYS AT LAW

Edward Quinlan, Esq.
June 1, 2006
Page

bcc:   Mr. Kevin McCarthy, City of Lawrence
       Doreen M. Zankowski, Esq.
       Chad L. Hershman, Esq.

#584308