# HinckleyAllenSnyder LLP
ATTORNEYS AT LAW

*Charles E. Schaub, Jr., Esq.*
*cschaub@haslaw.com*

28 State Street
Boston, MA 02109-1775
TEL: 617.345.9000
FAX: 617.345.9020
www.haslaw.com

**EXHIBIT B**

June 9, 2006

Edward J. Quinlan, Esq.
Quinlan & Sadowski, P.C.
11 Vanderbilt Avenue
Suite 250
Norwood, MA 02062

Re: **Weatherbee School**

Dear Ed:

I have been unsuccessful in reaching you by phone or getting a response to my letter concerning the status of the notice from Eastern to the City concerning the S/R claims. Obviously, if we have to prepare a Motion for Summary Judgment, it's going to be considerable work for not only the City but also for Eastern. Can't you please just confirm as to whether the notice was sent or not? It makes no sense to ignore it.

Please let me know ASAP.

Very truly yours,

Charles E. Schaub, Jr.

CES/set

cc: Doreen M. Zankowski, Esq.

**HinckleyAllenSnyder**LLP
ATTORNEYS AT LAW

Edward Quinlan, Esq.
June 9, 2006
Page

bcc:   Chad L. Hershman, Esq.

#586052