QUINLAN & SADOWSKI, P.C.

ATTORNEYS AT LAW

11 Vanderbilt Avenue
Norwood, Massachusetts 02062-5056
(781) 440-9909  Fax (781) 440-9979

EXHIBIT B

May 16, 2006

BY FAX 617-345-9020 AND COURIER

Chad Herschman, Esq.
Hinckley Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775

RE: HARTFORD FIRE INSURANCE COMPANY
VS: EASTERN CONTRACTORS, INC. (Defendant/Third Party Plaintiff)
VS: CITY OF LAWRENCE, CITY OF FALL RIVER and
    FREETOWN/LAKEVILLE REGIONAL SCHOOL DISTRICT
    (Third Party Defendants)
NO: C. A. NO. 03-12502 RGS, U. S. District Court of the District of Massachusetts

Dear Mr. Herschman:

This is in reply to your letter regarding additional discovery. I have reviewed the documents at our office and have copied those that pertain to the Lawrence Wetherbee School. All such non-privileged communications are enclosed. Also enclosed is a complete copy of the S&R accounting file from Eastern's records. This file also includes the accounting records as relate to the replacement subcontractor and its suppliers.

I have requested that Eastern search its records for any additional documents related to the Lawrence Wetherbee School; however, none have been located at this time. Should any additional documents surface, I will contact you immediately.

If you choose to have these documents numbered and scanned by Warroom, please have Warroom provide this office with a copy of the numbered and scanned documents on disc as was done with the previously scanned documents.

Very truly yours,

David T. Keenan

DTK/khj
Enclosures
cc: Eastern Contractors, Inc. (w/o enclosures)
    Bradford R. Carver, Esq. (w/o enclosures)