EXHIBIT

C

ALL-STATE LEGAL

# Eastern Contractors, Inc.

571 Union Ave
Framingham, MA 01702

Phone  508-820-4401
Fax.  508-879-9633

November 1, 2001

The Design Partnership of Cambridge
500 Rutherford Avenue

Phone: 617-241-9800
Fax:    617-241-5143

Charlestown, MA 02129

**Attn:**  David Capaldo

**Project:**  **New Wetherbee Elem. & Middle Schl.**
**Re:**

    **COP#11 General Rock Excavation**

**Project #:** 9902
**Job #:**  900

**Dear IMr. Capaldo:**

Enclosed please find COP#11 for General Rock Excavation in excess of the Contract
Allowances. Please be advised that under MLG c30 s39N that the Contractor may request to
negotiate a revised unit cost for this Contract Change.

Very truly yours,

Ronald Votta
Project Manager

CC: Site J.Lupi.Tishman
Encl.

## QUANTITY SURVEY AND ESTIMATING SUMMARY

| | | |
|---|---|---|
| PROJECT | Wetherbee Elementary/Middle School | |
| CONSTRUCTION MANAGER | Tishman Construction Co. | |
| OWNER | City of Lawrence | |
| ARCHITECT | The Design Partnership of Cambridge | |
| CONTRACTOR | EASTERN CONTRACTORS, INC. | |
| DATE | 1-Nov-01 | |
| SUBJECT | General Rock Excavation Allowance | |
| C.O.P. # | 11 | |
| SHEET # | 1 | |
| TIME EXTENSION | 0 DAYS | |

| DESCRIPTION OF ITEM | QTY | UNIT | UNIT PRICE | | | COST | | |
|---|---|---|---|---|---|---|---|---|
| | | | LABOR | MATERIAL | LABOR | MATL | | TOTAL |
| FIELD COORDINATION/SUPERVISION | | 0 HRS | $ 85.00 | | 0 00 | 0 00 | | 0 00 |
| Project Engineer | | 0 HRS | $ 65 00 | | 0 00 | 0 00 | | 0.00 |
| Time Keeper | | HRS | $ 65.00 | | 0 00 | 0 00 | | 0 00 |
| | | | | | 0 00 | 0 00 | | 0 00 |
| | | | | | 0 00 | 0.00 | | 0 00 |
| | | | | | 0 00 | 0.00 | | 0.00 |
| | | | | | 0 00 | 0 00 | | 0.00 |
| | | | | | 0.00 | 0 00 | | 0.00 |
| | | | | | 0 00 | 0 00 | | 0 00 |
| | | | | | 0 00 | 0.00 | | 0 00 |
| | | | | | 0 00 | 0 00 | | 0 00 |
| | | | | | 0 00 | 0.00 | | 0.00 |
| | | | | | 0 00 | 0 00 | | 0 00 |
| | | | | | 0 00 | 0 00 | | 0 00 |
| High Lift Rental | | ea | | | 0.00 | 0.00 | | 0.00 |
| LULL+Operator | | Hrs | | | 0 00 | 0 00 | | 0 00 |
| UNLOADING | | HRS | | | 0 00 | 0 00 | | 0 00 |
| CLEANUP | | Hrs | | | 0 00 | 0 00 | | 0 00 |
| DUMPSTER | | LS | | | 0.00 | 0 00 | | 0 00 |
| Safety | | Hrs | | | 0.00 | 0 00 | | 0 00 |
| MISC.TRUCKING | | LS | | | 0.00 | 0 00 | | 0 00 |
| TOTALS | | | | | $0 00 | 0 00 | | 0 00 |
| TOOLS @ 6% OF COST | | | | | | | | 0 00 |
| PAYROLL TAXES & INSURANCE=56.66% OF LABOR | | | | | | | | 0 00 |
| SUBTOTAL (GC) | | | | | | | | 0 00 |
| SUB'S COST PER ENCL. PROPOSAL | | | | | | | | 145,222 00 |
| GC/non filed sub O/P @20% | | | • | | | | | 0.00 |
| Sub Total GC/Sub cost | | | | | | | | 145,222 00 |
| CREDIT | | | | | | | | 0 00 |
| BOND (G C/SUB) @1 OF COST | | | | | | | | 0 00 |
| Sub Total Cost | | | | | | | | 145,222.00 |
| Less Contract Allowance | | | | | | | | -115,500.00 |
| Total Cost COP#11 | | | | | | | | 29,722.00 |

NOTES:

1. WE CANNOT PROCEED WITHOUT WRITTEN APPROVAL  THIS PROPOSAL IS GOOD FOR TWENTY ONE DAYS ONLY.
   INCREASES IN LABOR, MATERIALS, TRAVEL CHRGES, ETC  OCCURING TWENTY ONE DAYS AFTER THE DATE OF THIS
   PROPSAL WILL HAVE TO BE ADDED TO THIS C.O P.
2. UNLESS OTHERWISE NOTED IMPACT COSTS CANNOT BE DETERMINED AT THIS TIME
3. THIS PROPOSAL DOES NOT INCLUDE ANY AMOUNTS FOR CHANGES IN SEQUENCE OF WORK, DISRUPTIONS,
   INTERFERENCES AND/OR IMPACT COSTS, THE RIGHT IS EXPRESSELY RESERVED TO MAKE CLAIMS FOR ANY AND
   ALL OF THESE RELATED ITEMS.
4. DOES NOT INCLUDE CUTTING & PATCHING OR BLOCKING BY ECI
5. Does not include resoration of cupola and domers

## QUANTITY SURVEY AND ESTIMATING SUMMARY

PROJECT Wetherbee Elementary/Middle School
CONSTRUCTION MANAGER Tishman Construction Co.
OWNER City of Lawrence
ARCHITECT The Design Partnership of Cambridge
CONTRACTOR EASTERN CONTRACTORS, INC.
DATE 11/1/01
SUBJECT General Rock Excavation Allowance
C O.P. # 11
SHEET # 2
TIME EXTENSION 0 DAYS

| S&R Construction | | | |
|---|---|---|---|
| General rock excavation 8/23/01 | 400 cy | 38 50 | 15,400 |
| General rock excavation 9/27/01 | 3251 cy | 38 50 | 125,164 |
| General rock excavation 10/12/01 | 83 cy | 38 50 | 3,196 |
| General rock excavation 10/16/01 | 35 cy | 38 50 | 1,348 |
| General rock excavation | 1 cy | 38 50 | 39 |
| General rock excavation | 1 cy | 38 50 | 39 |
| General rock excavation | 1 cy | 38 50 | 39 |

| TOTAL | 3772 | | 145,222 00 |
|---|---|---|---|

OCT-22-2001 MON 12:37 PM S&R CONSTRUCTION    401 276 7031    P. 04
Oct 01 01 09:04a    EASTERN CONTRACTORS

## JOB INVOICE

## S & R CONSTRUCTION CO., INC.

60 DYERVILLE AVENUE
JOHNSTON, R.I. 02919
401-831-6337 • 401-831-6338

Nº    103

| TO | EASTERN Const. Inc. |
| ADDRESS | |
| | |
| ATTENTION | |

| DATE ORDERED | 8/23/2001 | ORDER TAKEN BY | |
| PHONE NO. | | CUSTOMER ORDER NO. | |
| JOB LOCATION | LAWRENCE | | |
| JOB PHONE | | STARTING DATE | |
| TERMS | | | |

| QTY | MATERIAL | UNIT | AMOUNT |
|-----|----------|------|--------|
| YARDS | | | |
| 400 | Rock Excavation | | |
| | Quantity Verified | | |
| | Through Field | | |
| | Calculations / Measurements | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**DESCRIPTION OF WORK**

**MISCELLANEOUS CHARGES**

| LABOR | HRS. | RATE | AMOUNT |
|-------|------|------|--------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| WORK ORDERED BY | |
| DATE ORDERED | |
| DATE COMPLETED | |

| TOTAL LABOR | |
| TOTAL MATERIALS | 400 YDS |
| TOTAL MISCELLANEOUS | |
| SUBTOTAL | |
| TAX | |
| GRAND TOTAL | |

CUSTOMER APPROVAL SIGNATURE

AUTHORIZED SIGNATURE  R. Wolfe  (Tishman Construction)
Quantity
Verification **JOB INVOICE**

OCT-22-2001 MON 12:38 PM S&R CONSTRUCTION    401 276 7031    P. 05
Oct 01 01 09:04a    EASTERN CONTRACTORS    ......

# JOB INVOICE

## S & R CONSTRUCTION CO., INC.

60 DYERVILLE AVENUE
JOHNSTON, R.I. 02919
401-831-6337 • 401-831-6338

N° 106

| | | |
|---|---|---|
| DATE ORDERED 7/27/01 | ORDER TAKEN BY XN/A | |
| PHONE NO. | CUSTOMER ORDER NO. | |
| JOB LOCATION Eastern CF | | |
| JOB PHONE | STARTING DATE | |

TO _Eastern Const Inc_
ADDRESS _Wetherbee School_
ATTENTION

TERMS

| QTY. | MATERIAL | UNIT | AMOUNT |
|---|---|---|---|
| 3251 | yards Rock Excavation | | |
| | Quantity Calculated through Survey and Field Measurements | | |
| | | | |

**DESCRIPTION OF WORK**

**MISCELLANEOUS CHARGES**

| LABOR | HRS. | RATE | AMOUNT |
|---|---|---|---|
| | | | |

WORK ORDERED BY
DATE ORDERED
DATE COMPLETED

CUSTOMER APPROVAL SIGNATURE
AUTHORIZED SIGNATURE _B Wolfe  10-1-01 (Tishman Construction)_
(Quantity Verification)

| | |
|---|---|
| TOTAL LABOR | |
| TOTAL MATERIALS | |
| TOTAL MISCELLANEOUS | |
| SUBTOTAL | |
| TAX | |
| GRAND TOTAL | |

**JOB INVOICE**

OCT-22-2001 MON 12:38 PM S&R CONSTRUCTION      401 276 7031      P. 06
Oct 22 01 09:52a    EASTERN CONTRACTORS      9786837439      p.3

## JOB INVOICE

### S & R CONSTRUCTION CO., INC.
60 DYERVILLE AVENUE
JOHNSTON, R.I. 02919
401-831-6337 • 401-831 6338

Nº 108

TO: Eastern Const. Inc
ADDRESS: WetherBEE School
LAWRENCE Mass
ATTENTION:

DATE ORDERED: 10/12/01
ORDER TAKEN BY:
PHONE NO.
CUSTOMER ORDER NO.
JOB LOCATION
JOB PHONE
STARTING DATE
TERMS

| QTY. | MATERIAL | UNIT | AMOUNT |
|------|----------|------|--------|
| 83 yds | RocK Excavation | 32.50 | |
| | | | |
| | Quantity Verified | | |
| | Trough Field | | |
| | Calculations/measurements. | | |

**DESCRIPTION OF WORK**

Hammer Ledge From
Footings And Elevator Pit

| | | | |
|--|--|--|--|
| ② F-7 | 10'x10'x4'2" | 31cy |
| ② F-9 | 12'x12'x 3' 8" | 39cy |
| ① Elevator Pit 10'x8'4" | | 13 cy |

**MISCELLANEOUS CHARGES**

| LABOR | HRS. | RATE | AMOUNT |
|-------|------|------|--------|
| | | | |

WORK ORDERED BY
DATE ORDERED
DATE COMPLETED

CUSTOMER APPROVAL SIGNATURE
AUTHORIZED SIGNATURE    (Tishman Construction)
Quantity Verification

| | |
|--|--|
| TOTAL LABOR | |
| TOTAL MATERIALS | |
| TOTAL MISCELLANEOUS | |
| SUBTOTAL | |
| TAX | |
| GRAND TOTAL | |

**JOB INVOICE**

OCT-22-2001 MON 12:39 PM S&R CONSTRUCTION        401 276 7031        P. 08
Oct 22 01 09:52a    EASTERN CONTRACTORS

# JOB INVOICE

## S & R CONSTRUCTION CO., INC.

60 DYERVILLE AVENUE
JOHNSTON, R.I. 02919
401-831-6337 • 401-831-6388

Nº     109

| | |
|---|---|
| TO EASTERN Const. INC. | DATE ORDERED 10/16/01 |
| ADDRESS Wether Bee School | ORDER TAKEN BY |
| LAWRENCE MASS | PHONE NO / CUSTOMER ORDER NO. |
| ATTENTION | JOB LOCATION |
| | JOB PHONE     STARTING DATE |
| | TERMS |

| QTY. | MATERIAL | UNIT | AMOUNT |
|---|---|---|---|
| 35 | yards Rock Excavation | | |
| | | | |
| | Quantty Verifien | | |
| | Through Field | | |
| | Measurements | | |

**DESCRIPTION OF WORK**

Rock Excavation
27' x 7' x 15'

**MISCELLANEOUS CHARGES**

| LABOR | HRS. | RATE | AMOUNT |
|---|---|---|---|

| | |
|---|---|
| WORK ORDERED BY | TOTAL LABOR |
| DATE ORDERED | TOTAL MATERIALS |
| DATE COMPLETED | TOTAL MISCELLANEOUS |
| CUSTOMER APPROVAL SIGNATURE | SUBTOTAL |
| | TAX |
| AUTHORIZED SIGNATURE B. Wolfe (Tishman Construction) [Quantity Verification] | GRAND TOTAL |

**JOB INVOICE**