

EXHIBIT E



# S & R Construction Co., Inc.
60 Dyerville Avenue
Johnston, Rhode Island 02919
Telephone: (401) 831-6337   Fax: (401) 276-7031



November 18, 2002

Dante Cornelio
Eastern Contractors, Inc.
571 Union Avenue
Framingham, MA 01702

SENT VIA FAX AND U S MAIL

Re: Wetherbee School, Lawrence, MA
**LEDGE/ ROCK REMOVAL (revised 11/18/02)**

Dear Dante:

Please be informed that S&R cannot accept the unit price set forth for ledge removal at the above-mentioned project. The unit price set forth, if accepted would place great financial strain on S&R Construction. S&R will seek to be reimbursed for the cost to remove the ledge at a fair and reasonable market price. We will also seek additional reimbursement for the original 3,000 cubic yards of open ledge. Also note, the contract ledge quantities included fill replacement at the areas of displaced fractured ledge. The additional ledge quantities did not include fill replacement for the displaced ledge. We will seek to be reimbursed for all additional fill required to infill the displaced ledge. We base this request on the following facts.

1. The unit price set forth addresses the ledge in question to be blasted. Because of the proximity of the ledge in relation to the building as well as other contributing factors and historical guidelines the ledge needed to be removed by mechanical methods. A unit price for removal by mechanical means is not addressed in the project manual.
2. The quantity of ledge encountered exceeds the amount carried by more than three times. The contract allows for renegotiation of unit prices that exceed the anticipated quantities by over twenty percent.

Based on the above facts S&R will seek to be compensated as follows.

| | |
|---|---|
| Additional ledge encountered to date. 5,766.32 cubic yards @ market value of $275.00 per yard = | $1,585,738.00 |
| Contract open ledge encountered and removed. 3,000 cubic yards @ $275.00 per yard= | $ 825,000.00 |
| Fill replacement requirements for additional quantities 5,766.32 @ $20.00 per cubic yard= | $ 115,326.40 |
| Less prior ledge requisitioned | $ (313,313.14) |
| Plus 15% profit and overhead on additional amounts over contract | $ 361,584.66 |
| **ADDITIONAL REIMBURSEMENT REQUIREMENT** | **$2,574,335.92** |

Also note, no time extension was granted for the additional time and delays caused beyond our control. We will require a project extension for the time required as per the signed daily work orders pertaining to all additional work over and above the work listed under the base contract. Overtime charges also pertain and have not been added to this request. S&R is entitled to be reimbursed for overtime requirements as a result of this additional work.

This matter has caused great financial strain on S&R Construction. We request this matter be given immediate attention to avoid further project delays.

Sincerely,

S&R CONSTRUCTION CO., INC.

*[signature]*

Steven L. Rodi
Senior Project Manager

CC: Rocco Izzo

Enclosures (market value pricing) (spreadsheet itemizing cost)

# **A**rchitects
# **C**ontractors
# **E**ngineers



# Guide To Construction COSTS

XXXIII

2002



### DIVISION #2 - SITEWORK & DEMOLITION

0202.0    EARTHWORK (Op. Eng., Truck Driver & Lab.)

.1    GRADING

| Machine | UNIT | COST(1) | UNIT | COST(1) |
|---|---|---|---|---|
| Strip Top Soil - 4" | CuYd | 5.00 | SqYd | .55 |
| Spread Top Soil | | | | |
|   4" Site Borrow | CuYd | 5.45 | SqYd | .60 |
|   Off-Site Borrow ($12 CuYd) | CuYd | 19.50 | SqYd | 2.20 |

| Rough Grading - Cut and Fill | UNIT | SOFT(1) | MED.(1) | HARD(1) |
|---|---|---|---|---|
| Dozer - To 200' | CuYd | 3.30 | 3.55 | 4.20 |
|   To 500' | CuYd | 3.70 | 5.30 | 6.60 |
| Scraper - Self Propelled - To 500' | CuYd | 2.95 | 3.30 | 3.85 |
|   To 1,000' | CuYd | 3.75 | 4.40 | 5.20 |
| Grader - To 200' | CuYd | 3.25 | 3.80 | 5.50 |
| Add for Compaction (See 0202.4) | | | | |
| Add for Hauling Away (See 0202.5) | | | | |
| Add for Truck Haul on Site | CuYd | 2.55 | - | - |
| Add for Borrow Brought In | | | | |
|   Loose Fill - 2.75 Ton | CuYd | 10.40 | - | - |
|   Crushed Stone - 5.30 Ton | CuYd | 13.75 | - | - |
|   Gravel - 4.10 Ton | CuYd | 12.00 | - | - |

| Hand and Machine | UNIT | HAND LABOR | MACHINE |
|---|---|---|---|
| Fine Grading - 4" Fill - Site | CuYd | 10.80 | 5.20 |
|   or SqFt | | .14 | .07 |
| 4" Fill - Building | CuYd | 20.00 | 9.80 |
|   or SqFt | | .25 | .12 |

.2    EXCAVATION - Dig & Cast or Load (No Hauling)

| Soil | | | |
|---|---|---|---|
| Open - Soft (Sand) w/Backhoe or Shovel | CuYd | 19.60 | 3.20 |
|   Medium (Clay) | CuYd | 27.75 | 3.95 |
|   Hard | CuYd | 43.20 | 5.50 |
|   Add for Clamshell or Dragline | CuYd | - | 1.25 |
|   Deduct for Front End Loader | CuYd | - | 1.05 |
|   Deduct for Dozer | CuYd | - | .27 |
| Trench or Pocket - Soft w/Backhoe or Shovel | CuYd | 22.60 | 4.70 |
|   Medium | CuYd | 28.70 | 6.10 |
|   Hard | CuYd | 41.30 | 7.40 |
|   Add for Clamshell or Dragline | CuYd | - | 1.15 |
| Augered - 12" diameter | CuYd | 47.40 | 9.00 |
|   24" diameter | CuYd | 36.20 | 6.10 |
|   Add for Frost | CuYd | - | 7.20 |
| Rock - Soft - Dozer | CuYd | - | 31.00 |
|   Hammer | CuYd | - | 77.00 |
|   Medium - Blast | CuYd | - | 93.00 |
|   Hammer | CuYd | - | 160.00 |
|   Hard - Blast | CuYd | - | 205.00 |
|   Hammer | CuYd | - | 275.00 ← |
| Swamp | CuYd | - | 8.90 |
| Underwater | CuYd | - | 11.50 |

.3    BACKFILL (Not Compacted and Site Borrow)   CuYd   10.05   2.50 ←
      Add for Off-Site Borrow   CuYd   -   10.35 ←

Add to <u>All Above</u> for Mobilization Average     5%

---

(1) Machine and Operators

| | | |
|---|---|---|
| 3000 cubic yards open ledge (contract) | billed to date | $ 115,500.00 |
| 650 cubic yards trench ledge @ $45.00 | billed to date | $ 25,763.40 |
| change order #1 1515.12 cubic yards | billed to date | $ 58,332.00 |
| change order #3 734 cy | billed to date | $ 2,023.34 |
| change order # 5 173 cy | billed to date | $ 6,687.00 |
| change order #8 2531.60 | billed to date | $ 97,467.00 |
| trench ledge 291.23 | billed to date | $ - |
| trench ledge 74.25 | billed to date | $ 3,341.00 |
| trench ledge 354.14 | billed to date | $ - |
| trench ledge 93.32 | billed to date | $ 4,199.40 |
| TOTAL BILLED TO DATE | | $ 313,313.14 |
| | | |
| *CALCULATION OF 15% PROFIT* | | |
| 5766.32 cy @ 275.00 | 1,585,738.00 | $ 237,860.70 |
| 3000 cy @ 236.50 | 709,500 | $ 106,425.00 |
| 5766.32 @ 20.00 | 115,326.00 | $ 17,298.96 |
| TOTAL PROFIT AND OVERHEAD ON ADDITIONAL COST | | $ 361,584.66 |