

EXHIBIT F



# S & R Construction Co., Inc.
60 Dyerville Avenue
Johnston, Rhode Island 02919
Telephone: (401) 831-6337    Fax: (401) 276-7031

December 5, 2002

Suresh Bhatia
Eastern Contractors, Inc.
571 Union Avenue
Framingham, MA 01702

SENT VIA FAX AND U S MAIL

Re: Wetherbee School, Lawrence, MA
**ADDITIONAL LEDGE QUANTITIES ENCOUNTERED**

Dear Suresh:

Additional ledge has been removed by mechanical means. This ledge quantity will be billed at the price set forth of $38.50 per cubic yard. We will add this quantity to our claim seeking additional reimbursement as stated in prior correspondence. The additional ledge removed as per attached slip No. 457 is 402 cubic yards. This will be billed on Decembers requisition. ($15,477.00) The balance of the cost $236.50 @ 402 cubic yards totaling $95,073.00 will be added to our claim.
As per our conversation of this week you were going to prepare a package in regards to this ledge claim. Please forward that package at your earliest convenience.

Sincerely:

S&R CONSTRUCTION CO., INC.

*[signature]*

Steven L. Rodi
Senior Project Manager

CC: Rocco Izzo
    Dante Cornelio

Dec 04 02 03:26p      EASTERN CONTRACTORS       9786837439       p.1

# JOB INVOICE

## S & R CONSTRUCTION CO., INC.
60 DYERVILLE AVENUE
JOHNSTON, R.I. 02919
401-831-6337 • 401-831-6338

**N°  457**

| | |
|---|---|
| DATE ORDERED: 12-3-2002 | ORDER TAKEN BY: Shane & Mike |
| PHONE NO. | CUSTOMER ORDER NO. |
| JOB LOCATION: Wetherbee School, Lawrence | |
| JOB PHONE | STARTING DATE: 10/3/02 |
| TERMS | |

ECI
75 Newton Street
Lawrence Ma.

| QTY. | MATERIAL | UNIT | AMOUNT |
|---|---|---|---|
| | depth | | |
| 1 | $3'-0 \times 5'-0 \times 70'-0 = 1050 \text{ ft}^3$ | | |
| 1 | $4'-0 \text{ deep} \times 35'-0 \times 70'-0 = 9800 \text{ ft}^3$ | | |
| | $10850 \text{ ft}^3 = 402 \text{ cu yard}$ | | |

**DESCRIPTION OF WORK**
LEDGE EXCAVATION
SEE SKETCHES

**MISCELLANEOUS CHARGES**

| LABOR | HRS. | RATE | AMOUNT |
|---|---|---|---|

WORK ORDERED BY
DATE ORDERED
DATE COMPLETED
CUSTOMER APPROVAL SIGNATURE: For Qty verification only / John Keller

| | |
|---|---|
| TOTAL LABOR | |
| TOTAL MATERIALS | |
| TOTAL MISCELLANEOUS | |
| SUBTOTAL | |
| TAX | |
| GRAND TOTAL | |