UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. NO. 03-12502 NMG

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br>　　　　Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| EASTERN CONTRACTORS, INC.,<br>　　　　Defendant/Third Party Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| CITY OF LAWRENCE,<br>　　　　Third Party Defendant | )<br>)<br>) |

**STIPULATION ENLARGING TIME TO RESPOND
TO THE CITY OF LAWRENCE'S MOTION FOR
PARTIAL SUMMARY JUDGMENT**

It is stipulated by the parties that the time in which a response to a Motion for Partial Summary Judgment filed by the City of Lawrence is enlarged by agreement up to and including October 6, 2006.

Defendant/Third Party Plaintiff
Eastern Contractors, Inc.
By its attorneys,


/s/  Edward J. Quinlan
Edward J. Quinlan, Esq., BBO# 409060
David T. Keenan, Esq., BBO# 567325
Quinlan & Sadowski, P.C.
11 Vanderbilt Avenue, Suite 250
Norwood, MA  02062-5056
Phone:  781-440-9909
Fax:     781-440-9979

- 2 -

| | |
|---|---|
| Plaintiff | Third-Party Defendant |
| Hartford Insurance Company | City of Lawrence |
| By its attorneys, | By its attorneys, |
| | |
| /s/ Bradford R. Carver_____ | /s/  Doreen Zankowski_____ |
| Bradford R. Carver, Esq. | Doreen Zankowski, Esq. |
| BBO# 565396 | BBO# 558381 |
| Cetrulo & Capone LLP | Hinckley Allen & Snyder LLP |
| Two Seaport Lane, 10th Floor | 28 State Street |
| Boston, MA  02210 | Boston, MA  02109-1775 |

Dated:  September 28, 2006