EXHIBIT A-2

# Eastern Contractors, Inc.

571 Union Ave  
Framingham, MA 01702

Phone: 508-820-4401  
Fax:   508-879-9633

December 9, 2002

The Design Partnership of Cambridge

500 Rutherford Ave  
Charlestown, MA 02129

Phone: 617-241-9800  
Fax:   617-241-5143

**Attn:**   David Capaldo

**Project:** New Wetherbee Elem. & Middle Schl.    **Project #:** 9902  
**Sub:**     COP # 84R/Excess Ledge Removal @ " A "   **Job #:** 900

Dear Mr. Capaldo,

   Enclosed please find COP#84R for Trench Ledge Removal in Building A and Site, please process in the next Change Order.

   In response to your November 26, 2002 letter, I find that the summary total of 562.13 cubic yards of trench excavation is not CORRECT, to date we have been Approved, Billed and Paid for a total of 612.46 c. y. or $ 27,561.60 with 37.54 c. y. balance to bill, the attached 24.88 c.y. from the attached will be billed in our next requisition, leaving a balance to complete of 12.66 c.y.

   I am at this time requesting an extension of time of 10 days to perform this additional work.

   ECI reserves the rights to renegotiate in accordance to MGL..............

   Should you have any questions on this matter, please do not hesitate to call me.

Very truly yours,

Dante Cornelio  
Project Engineer

CC: T. Kmiec-ECI, Tim Bell-Bayside  
Encl. S&R Slips

## QUANTITY SURVEY AND ESTIMATING SUMMARY

| | |
|---|---|
| PROJECT | Wetherbee Elementary/Middle School |
| CONSTRUCTION MANAGER | Tishman Construction Co. |
| OWNER | City of Lawrence |
| ARCHITECT | The Design Partnership of Cambridge |
| CONTRACTOR | EASTERN CONTRACTORS, INC. |
| DATE | 11/15/2002 (Revised 12/9/02) |
| SUBJECT | Excess Ledge Removal Building "A" |
| C.O.P. # | 84R |
| SHEET # | 1 |
| TIME EXTENSION | 10 DAYS |

| GC Description of Work | QTY | UNIT | UNIT PRICE LABOR | UNIT PRICE MATERIAL | COST LABOR | COST MATL. | TOTAL |
|---|---|---|---|---|---|---|---|
| | | | | | 0.00 | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 | 0.00 |
| **Non-Filed Sub Proposal** | | | | | | | |
| S&R Constr. Inc. | | | | | | | $ 7,870.94 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| **Misc. Cost** | | | | | | | |
| High Lift Rental | | | | | 0.00 | 0.00 | 0.00 |
| LULL+Operator | | Hrs | | | 0.00 | 0.00 | 0.00 |
| UNLOADING | | HRS | | | 0.00 | 0.00 | 0.00 |
| CLEANUP | | Hrs | $ 28.90 | $  - | 0.00 | 0.00 | 0.00 |
| DUMPSTER | | LS | | $  - | 0.00 | 0.00 | 0.00 |
| MISC.TRUCKING | | LS | | $  - | 0.00 | 0.00 | 0.00 |
| GC / Non Filed Sub Totals | | | | | $0.00 | 0.00 | $ 7,870.94 |
| PAYROLL TAXES & INSURANCE=25% OF LABOR | | | | | | | 0.00 |
| SUBTOTAL (GC) | | | | | | | $ 7,870.94 |
| Non Filed sub O/P @20% | | | | | | | 0.00 |
| Total Filed Subcontractors Proposal(s) | | | | | | | 0.00 |
| GC O/P @ 7% of Filed Sub Proposal | | | | | | | 0.00 |
| BOND (G.C/SUB) @1% of Cost | | | | | | | 0.00 |
| **Total Cost Proposal** | | | | | | | **$ 7,870.94** |

NOTES:
1. WE CANNOT PROCEED WITHOUT WRITTEN APPROVAL. THIS PROPOSAL IS GOOD FOR TWENTY ONE DAYS ONLY. INCREASES IN LABOR, MATERIALS, TRAVEL CHRGES, ETC. OCCURING TWENTY ONE DAYS AFTER THE DATE OF THIS PROPSAL WILL HAVE TO BE ADDED TO THIS C.O.P.
2. UNLESS OTHERWISE NOTED IMPACT COSTS CANNOT BE DETERMINED AT THIS TIME.
3. THIS PROPOSAL DOES NOT INCLUDE ANY AMOUNTS FOR CHANGES IN SEQUENCE OF WORK, DISRUPTIONS, INTERFERENCES AND/OR IMPACT COSTS. THE RIGHT IS EXPRESSELY RESERVED TO MAKE CLAIMS FOR ANY AND ALL OF THESE RELATED ITEMS.
4. DOES NOT INCLUDE CUTTING & PATCHING OR BLOCKING BY ECI
5. Does not included remediation of contaminated soils

# QUANTITY SURVEY AND ESTIMATING SUMMARY

|  |  |
|---|---|
| PROJECT | Wetherbee Elementary/Middle School |
| CONSTRUCTION MANAGER | Tishman Construction Co. |
| OWNER | City of Lawrence |
| ARCHITECT | The Design Partnership of Cambridge |
| CONTRACTOR | EASTERN CONTRACTORS, INC. |
| DATE | 11/15/2002 (Revised 12/9/02) |
| SUBJECT | Excess Ledge Removal Building "A" |
| C.O.P. # | 84R |
| SHEET # | 2 |
| TIME EXTENSION | 10 DAYS |

| Description | Quantity | Unit | Rate | Amount |
|---|---|---|---|---|
| S&R Constr. Inc. (Trench) | 204.44 | cy | 38.50 $ | 7,870.94 |
|  | 1 |  |  | 0.00 |
|  | 1 | ls |  | 0.00 |
|  | 1 | ls |  | 0.00 |
|  | 1 | ls |  | 0.00 |
|  | 1 | ls |  | 0.00 |
| **TOTAL** |  |  |  | **$ 7,870.94** |

# Designpartnership
OF CAMBRIDGE INC

**Memo**

| | |
|---|---|
| Date: | 12/06/02 |
| Project Name/Number: | New Wetherbee School |
| From: | David Capaldo |
| To: | Dante Cornelio |
| Subject: | COP #84 |
| Copies to: | Tim Bell |

HOOD BUSINESS PARK
600 RUTHERFORD AVENUE
CHARLESTOWN, MA 02129

T 617.241.9800
F 617.241.5143
WWW.TDPC.COM

ARCHITECTURE
PROGRAMMING
MASTER PLANNING
INTERIOR DESIGN

Dante,

I have reviewed the attached COP #84 and offer the following comments:

This proposal is not acceptable due to the following:

- The ledge removed was not "trench" ledge but actually general ledge excavation. The slips indicated dimensions that appear to be trench removal, but they were done that way for ease of identifying quantities. The actual area of removal is one large area that is considered "general" removal. Therefore the pricing for this should be revised to indicate a per cubic yard cost for general excavation as indicated in the spec. (see attached correspondence from Bayside Engineering)

    <u>Be advised that to date we have still not reached our based bid quantity for "trench" excavation.</u>

- No additional time will be approved for this work at this time.

Please revise and resubmit ASAP.

Thank you.


**BAYSIDE ENGINEERING**

November 26 2002

Mr. Dave Capaldo
Design Partnership of Cambridge
500 Rutherford Ave
Charlestown, Ma 02129

RE: COP #84

Dear Mr. Capaldo,

Prior to reviewing COP # 84, a review of the specification and current quantities of ledge excavated indicates that the quantity of trench excavation to date is 537.23 cubic yards, see attached. Additionally, as indicated in the specification, to be classified as trench excavation the width needs to be less than twice the depth and is not to exceed 10 feet.

After review of COP # 84 Excess Ledge Removal, it should be corrected as follows to be made consistent with field observations:

    Invoice # 455 is 132 cubic yard- This is general excavation per the specification because areas are adjacent to each as shown in plan view. The reason the total area was broken down into A,B, and C is to facilitate measurement and calculation.

    Invoice # 944 is 72.44 cubic yards- This is general excavation per the specification because areas are adjacent to each as shown in plan view. The reason the total area was broken down into smaller areas is to facilitate measurement and calculation.

    Invoice # 124 is 20.88 cubic yards- This is trench excavation because the width is less than two times the depth.

    Invoice # 454 is 4 cubic yards- This is trench excavation because the width is less than two times the depth.

In summary, the total amount of ledge excavation represented herein is 204.44 cubic yards of general ledge excavation and 24.88 cubic yards of trench excavation. The total amount of trench excavation to date is 562.13 cubic yards.

Sincerely yours,

BAYSIDE ENGINEERING INC.

Tim Bell,
Project Manager

5 Middlesex Avenue • Somerville, MA 02145 • Phone: 617.625.4696 • Fax: 617.625.5095

## Quantities of Rock Excavated- Trench

| Date(s) | Location | Quantity(cubic yards) | Status |
|---|---|---|---|
| 12/28/2001 | Site wall-north of building | 68.00 | Allowance(Pay. App. #5) |
| 1/18/02 and 1/21/02 | Site wall-south of building and CB-1 | 87.82 | Allowance(Pay. App. #5) - Not Trench |
| 1/22/2002 | Site wall-south of building and CB-1 | 90.25 | Allowance(Pay. App. #5) - Not Trench |
| 1/24/2002 | Utility trench between DMH-2 + DMH-3 | 42.00 | Allowance(Pay. App. #7) |
| 1/29/2002 | Utility trench between DMH-2 + DMH-3 | 61.40 | Allowance(Pay. App. #7) |
| 2/1/2002 | Utility trench-water main + electric- north of building | 64.81 | Allowance(Pay. App. #7) |
| 2/6/2002 | Utility trench- water+storm from CB-1 East | 107.85 | Allowance(Pay. App. #7) |
| 3/12/2002 | Water main-north side of the site | 1.77 | Allowance(Pay. App. #7) |
| 3/26/2002 | Underslab plumbing trench segment B go to segment A | 13.33 | Allowance(Pay. App. #7) |

**TRENCH LEDGE REMOVED TO DATE:**    537.23    Cubic Yards

# JOB INVOICE

## S & R CONSTRUCTION CO., INC.
60 DYERVILLE AVENUE
JOHNSTON, R.I. 02919
401-831-6337 • 401-831-6338

Nº 455

| TO | Town of Lawrence |
|---|---|
| ADDRESS | Wetherbee School |
| ATTENTION | John |

| DATE ORDERED | 10/18/02 | ORDER TAKEN BY | [signature] |
|---|---|---|---|
| PHONE NO. | | CUSTOMER ORDER NO. | |
| JOB LOCATION | Wetherbee school | | |
| JOB PHONE | 508 7350336 | STARTING DATE | 10/8/02 |
| TERMS | | | |

| QTY. | MATERIAL | UNIT | AMOUNT |
|---|---|---|---|
| | PER ATTACHED Dwg. | | |
| | AREA = SOUTH OF EXISTING facade | | |
| | 5.5 x 7.0 x 27'-0 | | |
| + | 5.5 x 7.0 x 27'-0 | | |
| | 4.25 x 11.0 x 32'-0 = 54.41 cu yds GEN. LEDGE | | |
| | = 3575 FT³ | | |
| | = 132 cu yards  General | | |
| | This is General Ledge excavation when WIDTH > 10'-0 OR WIDTH > 2 x DEPTH. | | |

### DESCRIPTION OF WORK
LEDGE EXCAVATION
footings for school
(chair ramp)

### MISCELLANEOUS CHARGES

### LABOR | HRS. | RATE | AMOUNT

WORK ORDERED BY _____
DATE ORDERED _____
DATE COMPLETED _____

CUSTOMER APPROVAL SIGNATURE _John Kittel_  For Qty Verification only

AUTHORIZED SIGNATURE _____

| TOTAL LABOR | |
|---|---|
| TOTAL MATERIALS | |
| TOTAL MISCELLANEOUS | |
| SUBTOTAL | |
| TAX | |
| GRAND TOTAL | |

JOB INVOICE



# JOB INVOICE

## S & R CONSTRUCTION CO., INC.
50 DYERVILLE AVENUE
JOHNSTON, R.I. 02919
401-831-6337 • 401-831-6338

Nº 911

| DATE ORDERED | ORDER TAKEN BY |
|---|---|
| 9-12-02 | |

Eastern Contracting, Inc

| PHONE NO | CUSTOMER ORDER |
|---|---|

| JOB LOCATION | |
|---|---|
| Weatherhead School | |

| JOB PHONE | STARTING DATE |
|---|---|

| TERMS | |
|---|---|

| QTY | MATERIAL | UNIT | AMOUNT |
|---|---|---|---|
| | Ledge Removal (Quantity) | | |
| | & Line D to G | | |
| | W L D CF | | |
| | 4.4 x 28 x 5.5' = 616 | | |
| | 5.5' x 26' x 5' = 715 | | |
| | 5 x 25' x 5' = 625 | | |
| | Total CF 1956 ÷ 27 = 72.44 CY | | |
| | THIS WAS A CONTINUATION OF | | |
| | PREVIOUS LEDGE EXCAVATION | | |
| | * Since these areas are | | |
| | adjacent to each other | | |
| | WIDTH > 10'-0 there fore | | |
| | general ledge Excavation | | |
| | 72.44 CY | | |

### DESCRIPTION OF WORK
Ledge Removal
Excavation

### MISCELLANEOUS CHARGES

### LABOR
| HRS | RATE | AMOUNT |
|---|---|---|

| TOTAL LABOR | |
|---|---|
| TOTAL MATERIALS | |
| TOTAL MISCELLANEOUS | |
| SUBTOTAL | |
| TAX | |
| GRAND TOTAL | |

CUSTOMER APPROVAL
SIGNATURE _____
AUTHORIZED SIGNATURE [signature] FOR GM

JOB INVOICE



# JOB INVOICE

## S & R CONSTRUCTION CO., INC.
60 DYERVILLE AVENUE
JOHNSTON, R.I. 02919
401-831-6337 • 401-831-6336

N? 124

| TO | City of Lawrence |
|---|---|
| ADDRESS | |
| ATTENTION | |

| DATE ORDERED | | ORDER TAKEN BY | |
|---|---|---|---|
| PHONE NO. | | CUSTOMER ORDER NO. | |
| JOB LOCATION | Wetherbee school | | |
| JOB PHONE | | STARTING DATE | |
| TERMS | | | |

| QTY | MATERIAL | UNIT | AMOUNT |
|---|---|---|---|
| | L × W × D | | |
| 1 | 15.75 × 4.5 × 4.0 = 301.5 ft³ | | |
| | L × D × W | | |
| 1 | 15.0 × 3.5 × .5 = 262.5 ft³ | | |
| | TOTAL 564 ft³ | | |
| | 20.85 cu yards | | |
| | WIDTH DOES NOT EXCEED 2 times DEPTH ∴ TRENCH EXCAVATION | | |

### DESCRIPTION OF WORK
HYDRANT LINE TO NEW at
SOUTH EAST CORNER
LEDGE REMOVAL

### MISCELLANEOUS CHARGES

### LABOR | RATE | AMOUNT

| | |
|---|---|
| WORK ORDERED BY | |
| DATE ORDERED | |
| DATE COMPLETED | |
| CUSTOMER APPROVAL SIGNATURE | [signature] |
| AUTHORIZED SIGNATURE | |

| TOTAL LABOR | |
|---|---|
| TOTAL MATERIALS | |
| TOTAL MISCELLANEOUS | |
| SUBTOTAL | |
| TAX | |
| GRAND TOTAL | |

JOB INVOICE



Sep 25 02 03:00p  S&R Construction  4012767031  p.5
EASTERN CONTRACTORS  2796837439  p.2

# JOB INVOICE

## S & R CONSTRUCTION CO., INC.
60 DYERVILLE AVENUE
JOHNSTON, R.I. 02919
401-831-6337 • 401-931-6338

att Mike Crowly

N° 454

| TO | City of Lawrence | | | DATE ORDERED | 9/25/02 | ORDER TAKEN BY |
| --- | --- | --- | --- | --- | --- | --- |
| ADDRESS | | | | PHONE NO. | | CUSTOMER ORDER NO. |
| ATTENTION | | | | JOB LOCATION | | |
| | | | | JOB PHONE | | |
| QTY | MATERIAL | UNIT | AMOUNT | TERMS | | STARTING DATE 9/25/02 |

| QTY | MATERIAL | UNIT | AMOUNT |
| --- | --- | --- | --- |
| | LENGTH x DEPTH x WIDTH | | |
| | 6'-0 x 6'-0 x 3'-0 | | |
| 4 CU YARDS | | | |
| | TRENCH EXCAVATION | | |
| | WIDTH L (2) x DEPTH | | |
| | 4 yds Total | | |

DESCRIPTION OF WORK
66.42
hammer out ledge
under road drain structure
DMH #4

MISCELLANEOUS CHARGES

LABOR  HRS  RATE  AMOUNT

WORK ORDERED BY
DATE ORDERED
DATE COMPLETED

CUSTOMER APPROVAL SIGNATURE  John Keefe  FOR QTY VERIFICATION only.
AUTHORIZED SIGNATURE

TOTAL LABOR
TOTAL MATERIALS
TOTAL MISCELLANEOUS
SUBTOTAL
TAX
GRAND TOTAL

JOB INVOICE