EXHIBIT

A-3

# Eastern Contractors, Inc.

571 Union Ave
Framingham, MA 01702

Phone:  508-820-4401
Fax:    508-879-9633

September 17, 2002

The Design Partnership of Cambridge
500 Rutherford Ave

Charlestown, MA 02129

Phone: 617-241-9800
Fax:    617-241-5143

**Attn:**    David Capaldo

**Project:  New Wetherbee  Elem. & Middle Schl.**
**Sub:**     Change Orders # 7 & # 8

**Project #:** 9902
**Job #:**  900

**Dear Mr. Capaldo,**

Attached please find three (3) copies each of signed Change Order # 7 and Change Order # 8 for your files.   As noted, in our earlier correspondence attached to COs # 5 & 6, CO # 7 & CO # 8 do not reflect the previous agreed upon completion date of March 1, 2003 as stipulated and agreed in the March 5, 2002 special meeting with all concerned parties. Also, we reserve our rights under the statue and contract provisions for the time impacts caused by the delays in execution of these changes as well as well as the additional costs due to excessive ledge (CO #7) not included in the change order..

If you have any questions on this matter, please do not hesitate to call me.

Very truly yours,

Suresh Bhatia, P.E.
Vise President/PM

CC:  File, Suresh Bhatia/T. Kmiec-ECI
Encl. Change Order # 7, # 8

# CHANGE ORDER

| | |
|---|---|
| **CHANGE ORDER NO:** 007 | **PROJECT:** New Wetherbee School<br>Lawrence, Massachusetts |
| **CHANGE ORDER DATE:** August 26, 2002 | **PROJECT NO:** 9902 |
| **CONTRACT DATE:** June 25, 2001 | **OWNER:** City of Lawrence, MA |
| **CONTRACTOR:** Eastern Contractors<br>571 Union Street<br>Framingham, MA<br>01702-5585 | **ARCHITECT:** The Design Partnership of<br>Cambridge, Inc.<br>500 Rutherford Avenue<br>Charlestown, MA 02129 |

The Contract is hereby changed as following:

| <u>PCO</u> | <u>Date</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|---|
| COP#56 | 8/23/02 | Remove additional unforeseen ledge at unit prices established in the contract documents. | $97,466.60 |

TOTAL for this Change Order                                                $97,466.60

The original Contract Sum was:.................................................................... $21,460,300.00
Net change by previously authorized Change Orders: ......................................... $227,709.65
The Contract Sum prior to this Change Order was:............................................. $21,688,009.65
The Contract Sum is increased by this Change Order: ........................................ $97,466.60
The new Contract Sum including this Change Order is: ....................................... $21,785,476.25
The Contract Time is unchanged:.................................................................. 0 Days
The Date that the work must be Substantially Complete is therefore:................... January 1, 2003

In accordance with MGL Ch. 44 §31C, certification is hereby made that an appropriation of funds has been made that is sufficient to cover the costs of this change.

By: _____    Title: _Comptroller_    Date: _8/27/2002_

Not valid until signed by the Owner, Architect and Contractor.
Signatures indicate agreement herewith, including adjustment in the Contract Time and Contract Sum.

| **Architect:**<br>The Design Partnership of Cambridge, Inc.<br>500 Rutherford Ave.<br>Charlestown, MA 02129 | **Owner:**<br>City of Lawrence, Massachusetts | **Contractor:**<br>Eastern Contractors<br>Union Street<br>Framingham, MA |
|---|---|---|
| By: | By: | By: |
| Date: _8/26/02_ | Date: _8/28/02_ | Date: _09/17/02_ |

| **Distribution:** | ☐ School Building Committee | ☐ Bayside Engineering |
|---|---|---|
| ☐ Eastern Contractors | ☐ Clerk of Works | ☐ TDPC Inc |

# CHANGE ORDER

| | | |
|---|---|---|
| **CHANGE ORDER NO:** 007 | **PROJECT:** | New Wetherbee School |
| | | Lawrence, Massachusetts |
| **CHANGE ORDER DATE:** August 26,2002 | **PROJECT NO:** | 9902 |
| **CONTRACT DATE:** June 25, 2001 | **OWNER:** | City of Lawrence, MA |
| **CONTRACTOR:** Eastern Contractors | **ARCHITECT:** | The Design Partnership of |
| 571 Union Street | | Cambridge, Inc. |
| Framingham, MA | | 500 Rutherford Avenue |
| 01702-5585 | | Charlestown, MA 02129 |

The Contract is hereby changed as following:

| PCO | Date | Description | Amount |
|---|---|---|---|
| COP#56 | 8/23/02 | Remove additional unforeseen ledge at unit prices established in the contract documents. | $97,466.60 |

TOTAL for this Change Order $97,466.60

| | |
|---|---|
| The original Contract Sum was:..................................................................... | $21,460,300.00 |
| Net change by previously authorized Change Orders:....................................... | $227,709.65 |
| The Contract Sum prior to this Change Order was:........................................... | $21,688,009.65 |
| The Contract Sum is increased by this Change Order:...................................... | $97,466.60 |
| The new Contract Sum including this Change Order is:..................................... | $21,785,476.25 |
| The Contract Time is unchanged:................................................................... | 0 Days |
| The Date that the work must be Substantially Complete is therefore:................... | January 1, 2003 |

In accordance with MGL Ch. 44 §31C, certification is hereby made that an appropriation of funds has been made that is sufficient to cover the costs of this change.

By: _____     Title: _Comptroller_     Date: _8/24/2002_

Not valid until signed by the Owner, Architect and Contractor.
Signatures indicate agreement herewith, including adjustment in the Contract Time and Contract Sum.

| Architect: | Owner: | Contractor: |
|---|---|---|
| The Design Partnership of Cambridge, Inc. | City of Lawrence, Massachusetts | Eastern Contractors |
| 500 Rutherford Ave. | | Union Street, |
| Charlestown, MA 02129 | | Framingham, MA |
| By: | By: | By: |
| Date: 8/26/02 | Date: 8/28/02 | Date: 09/17/02 |

| Distribution: | | |
|---|---|---|
| ☐ Eastern Contractors | ☐ School Building Committee | ☐ Bayside Engineering |
| | ☐ Clerk of Works | ☐ TDPC Inc |

# Eastern Contractors, Inc.

571 Union Ave
Framingham, MA 01702

Phone: 508-820-4401
Fax: 508-879-9633

August 23, 2002

The Design Partnership of Cambridge
500 Rutherford Ave

Phone: 617-241-9800
Fax:   617-241-5143

Charlestown, MA 02129

**Attn:**  David Capaldo

**Project:**  New Wetherbee Elem. & Middle Schl.
**Re:**
             COP # 56 Revised

Project #: 9902
Job #:  900

**Dear Mr. Capaldo**

Attached please find Revised COP # 56 for your approval and payment.

Per our Job Site Meeting of yesterday, I need to sumbit a supplemental requisition for this as soon as possible, please advise if I can by Today.

Should you have any questions on this matter please do not hesitate to call me.

Very truly yours,

Dante Cornelio
Project Engineer

CC:  File, T. Kmiec-ECI, Tim Bell-Bayside

Encl.

# QUANTITY SURVEY AND ESTIMATING SUMMARY

|  |  |
|---|---|
| PROJECT | Wetherbee Elementary/Middle School |
| CONSTRUCTION MANAGER | Tishman Construction Co. |
| OWNER | City of Lawrence |
| ARCHITECT | The Design Partnership of Cambridge |
| CONTRACTOR | EASTERN CONTRACTORS, INC. |
| DATE | 10 July, 2002 (Revised) 23 August, 2002 ( Revised) |
| SUBJECT | Excess Ledge Removal Building "A" |
| C.O.P. # | 56 (Revised) |
| SHEET # | 1 |
| TIME EXTENSION | 60 DAYS |

| GC Description of Work | QTY | UNIT | UNIT PRICE | | COST | | |
|---|---|---|---|---|---|---|---|
|  |  |  | LABOR | MATERIAL | LABOR | MATL | TOTAL |
|  |  |  |  |  | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  | 0.00 | 0.00 | 0.00 |
| **Non-Filed Sub Proposal** | | | | | | | |
| S&R Constr. Inc. |  |  |  |  |  |  |  |
| Meridian Consultants |  |  |  |  |  |  | 97,466.60 |
|  |  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  |  | 0.00 |
| **Misc. Cost** | | | | | | | |
| High Lift Rental |  |  |  |  | 0.00 | 0.00 | 0.00 |
| LULL+Operator |  |  |  |  | 0.00 | 0.00 | 0.00 |
| UNLOADING |  | Hrs |  |  | 0.00 | 0.00 | 0.00 |
| CLEANUP |  | HRS |  |  | 0.00 | 0.00 | 0.00 |
| DUMPSTER |  | Hrs | $  28.90 | $  - | 0.00 | 0.00 | 0.00 |
| MISC.TRUCKING |  | LS |  | $  - | 0.00 | 0.00 | 0.00 |
|  |  | LS |  | $  - | 0.00 | 0.00 | 0.00 |
| GC / Non Filed Sub Totals |  |  |  |  | $0.00 | 0.00 | 97,466.60 |
| PAYROLL TAXES & INSURANCE=25% OF LABOR |  |  |  |  |  |  | 0.00 |
| SUBTOTAL  (GC) |  |  |  |  |  |  | 0.00 |
| Non Filed sub O/P @20% |  |  |  |  |  |  | 97,466.60 |
| Total Filed Subcontractors Proposal(s) |  |  |  |  |  |  | 0.00 |
| GC O/P @ 7% of Filed Sub Proposal |  |  |  |  |  |  | 0.00 |
| BOND (G.C/SUB) @1% of Cost |  |  |  |  |  |  | 0.00 |
| **Total Cost Proposal** |  |  |  |  |  |  | 97,466.60 |

NOTES:

1. WE CANNOT PROCEED WITHOUT WRITTEN APPROVAL. THIS PROPOSAL IS GOOD FOR TWENTY ONE DAYS ONLY.
   INCREASES IN LABOR, MATERIALS, TRAVEL CHRGES, ETC. OCCURING TWENTY ONE DAYS AFTER THE DATE OF THIS
   PROPSAL WILL HAVE TO BE ADDED TO THIS C.O.P.
2. UNLESS OTHERWISE NOTED IMPACT COSTS CANNOT BE DETERMINED AT THIS TIME.
3. THIS PROPOSAL DOES NOT INCLUDE ANY AMOUNTS FOR CHANGES IN SEQUENCE OF WORK, DISRUPTIONS,
   INTERFERENCES AND/OR IMPACT COSTS, THE RIGHT IS EXPRESSLY RESERVED TO MAKE CLAIMS FOR ANY AND
   ALL OF THESE RELATED ITEMS.
4. DOES NOT INCLUDE CUTTING & PATCHING OR BLOCKING BY ECI.
5. Does not included remediation of contaminated soils

# QUANTITY SURVEY AND ESTIMATING SUMMARY

| | |
|---|---|
| PROJECT | Wetherbee Elementary/Middle School |
| CONSTRUCTION MANAGER | Tishman Construction Co. |
| OWNER | City of Lawrence |
| ARCHITECT | The Design Partnership of Cambridge |
| CONTRACTOR | EASTERN CONTRACTORS, INC. |
| DATE | 10 July, 2002 (Revised) 23 August, 2002 ( Revised) |
| SUBJECT | Excess Ledge Removal Building "A" |
| C.O.P. # | 56 (Revised) |
| SHEET # | 2 |
| TIME EXTENSION | 60 DAYS |

| | | | |
|---|---|---|---|
| S&R Constr. Inc. (OPEN) | 2531.6 cy | 38 50 | 97,466.60 |
| | 1 | | 0.00 |
| | 1 ls | | 0.00 |
| | 1 ls | | 0.00 |
| | 1 ls | | 0.00 |
| | 1 ls | | 0.00 |

| | |
|---|---|
| TOTAL | 97,466.60 |

# JOB INVOICE

## S & R CONSTRUCTION CO., INC.

60 DYERVILLE AVENUE
JOHNSTON, R.I. 02919
401-831-6337 • 401-831-6338

N⁰ 372

TO Eastern Const Co.
ADDRESS

Wetherbee School, Lawrence MA
ATTENTION

| DATE ORDERED 5-13-02 | ORDER TAKEN BY R. Ferrara |
| PHONE NO. 401-255-8716 | CUSTOMER ORDER NO. |
| JOB LOCATION Wetherbee School Lawrence, M. | |
| JOB PHONE | STARTING DATE 5-13-02 |
| TERMS | |

| QTY. | MATERIAL | UNIT | AMOUNT |
|---|---|---|---|
| | Standard existing brick wall: | | |
| | 6'X4'X6' | = | 5.33 yds |
| 1st | 1st step = 54.5 = 19'X4.5'X6' | = | 19 " |
| 2nd | 2nd step = 52.5 = 16'X6.5'X6' | = | 23.11 " |
| 3rd | 3rd step = 50.5 = 19'X8.5'X6' | = | 34 " |
| 4th | 4th step = 42.5 = 19'X8.5'X6' | = | 35.89 " |
| | D LINE = 22'X11'X2.5' | = | 22.4 " |
| | 12 LINE = 12 step = 11'X12'X4.5' | = | 22 " |
| | 22 LINE 2nd F 2nd (TRENCH LEDGE) | | |
| | 12'X12'X7' | = | 37.33 " |
| | D LINE = 60'X10'X.50' | = | 11.11 " |
| | D LINE 2 14 LINE = 12'X18'X3' | = | 24 " |
| | 14 LINE 2nd step = 8'X12'X2.5' | = | 8.9 " |
| | M LINE standard colum line 12 | | |
| | M colum line 2 - D step = | | |
| | 1.5'X32'X10.5' | = | 808.88 " |
| | M line standard colum line 12 A | | |
| | colum line X1 = 11'X18'X10.5' | = | 1439.93 |
| | 6-10-02 = TOTAL TO DATE | = | 2489.28 yds |

| DESCRIPTION OF WORK |
|---|
| LEDGE REMOVAL IN BLDG. = SECTION "A" |

| MISCELLANEOUS CHARGES |
|---|

| LABOR | HRS. | RATE | AMOUNT |
|---|---|---|---|
| | | | |

37.33 TRENCH
2451.95 GENERAL

| WORK ORDERED BY | |
|---|---|
| DATE ORDERED | |
| DATE COMPLETED | |

| | |
|---|---|
| TOTAL LABOR | |
| TOTAL MATERIALS | |
| TOTAL MISCELLANEOUS | |
| SUBTOTAL | |
| TAX | |
| GRAND TOTAL | |

CUSTOMER APPROVAL
SIGNATURE

AUTHORIZED SIGNATURE R Wolf (Tishman Const. as agent for the City of Lawrence)
[Quantity Verification Only] JOB INVOICE

# JOB INVOICE

## S & R CONSTRUCTION CO., INC.

60 DYERVILLE AVENUE
JOHNSTON, R.I. 02919
401-831-6337 • 401-831-6338

N?    371

| | |
|---|---|
| TO *Eastern Const. Co.* | DATE ORDERED *5-13-02* |
| | ORDER TAKEN BY *R. FERRARA* |
| ADDRESS | PHONE NO. *401-255-8716* |
| | CUSTOMER ORDER NO. |
| *Wetherbee School, Lawrence MA* | JOB LOCATION *Wetherbee School* |
| ATTENTION | JOB PHONE |
| | STARTING DATE *3-13-02* |
| | TERMS |

| QTY. | MATERIAL | UNIT | AMOUNT | DESCRIPTION OF WORK |
|---|---|---|---|---|
| | 20 X6 X2.5 = T/L = 2 @ 9 | | 11.11 gk | LEDGE MESUREMENTS: |
| | 12 X 7 X3 = T/L @ 9 | | 9.33 | I and L liner blue pier |
| | 18 X 7 X2.5 = T/L =9 @ 11 | | 11.1 | footings |
| | 10 X8 X3 = T/L @ 12 | | 8.9 | |
| | 6 X8 X3 = T/L =12 @ 14 | | 5.33 | |
| | 8 X 11 X3 = T/L @ 14 | | 9.8 | |
| TRENCH | 5 X 11 X3 = T/L =14 @ 16 | | 6.11 | |
| TRENCH | 7 X 9 X4 = T/L @ 16 | | 9.33 | MISCELLANEOUS CHARGES |
| TRENCH | 5 X 7 X4 = T/L 16 @ 17 | | 5.19 | 36.92 |
| TRENCH | 7 X 10 X4 = T/L @ 17 | | 10.37 | |
| TRENCH | 16 X4 X2.5 = T/L 17 @ 19 | | 5.92 | |
| | 8 X8 X3 = 14 line off T/L | | 7.11 | |
| | 3.5 X6 X2 = 14 line off T/L | | 1.55 | |
| | 10 X 10 X2 = 6-16 | | 2.90 | |
| | 10 X 10 X2 = 6-17 | | 2.90 | LABOR    HRS. RATE   AMOUNT |
| | | | | |
| | TOTAL THIS AREA | | 116.59 all | |
| | | | 36.97 → TRENCH | |
| | | | 79.65 → GENERAL | |

| | |
|---|---|
| WORK ORDERED BY | |
| DATE ORDERED | TOTAL LABOR |
| DATE COMPLETED | TOTAL MATERIALS |
| | TOTAL MISCELLANEOUS |
| CUSTOMER APPROVAL SIGNATURE | SUBTOTAL |
| | TAX |
| AUTHORIZED SIGNATURE   *Tishman Const. as agent for the City of Lawrence* | GRAND TOTAL |
| [Quantity Verification Only]   JOB INVOICE | |

**Meridian Engineering, Inc.**

98 High Street, Danvers, MA 01923

# FAX

| Date: | May 29, 2002 |
| --- | --- |
| Number of pages including cover sheet: | 4 |

| To: | | From: | |
| --- | --- | --- | --- |
| Mr. Ron Votta | | Christopher P. Nicholas | |
| Eastern Contractors, Inc. | | Meridian Engineering, Inc. | |
| 571 Union Avenue | | 98 High Street | |
| Framingham, Massachusetts 01701 | | Danvers, Massachusetts 01923 | |
| Re: 75 Newton Street, Lawrence, MA | | | |
| Job #:  3807 | | | |
| Phone:        (508) 820-4401 | | Phone:        (978) 739-9130 | |
| Fax phone:    (508) 879-9633 | | Fax phone:    (978) 739-9140 | |

**REMARKS:**  ☐ Urgent    ☒ For your review    ☐ Reply ASAP    ☐ Please comment

Please find attached a revised Scale Sheet, Plan and Invoice #3007, dated 5/21/02 for $4,744.40.      *SCR*

cc: Tom Kmiec (978-683-7439)

This message is intended only for the use of the individual or entity, which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this message in error, please notify us immediately by telephone and return the original message to us at the above address by U.S. Postal Service. Thank you.

May-29-2002  03:01pm   From-MERIDIAN INC                978 739 9140          T-729  P.002   F-771



## NOTES:

1. THE SOLE PURPOSE OF THIS PLAN IS TO DEPICT SPOT GRADES AT LEDGE LOCATIONS AS DIRECTED BY THE CLIENT.

2. THE SPOT GRADES OUTSIDE THE AREA OF EXPOSED LEDGE WERE COLLECTED WITH THE ASSISTANCE OF AN EXCAVATOR HAMMER TO DETERMINE WHEN LEDGE WAS PRESENT.

## LEGEND:

EXPLED — AREA OF EXPOSED LEDGE

LED — SPOT GRADES OF COVERED LEDGE (SEE NOTE 2)

DWG No. 3807SKCH7_20

### SKETCH PLAN
LOCATED IN
### LAWRENCE, MASSACHUSETTS
(ESSEX COUNTY)
PREPARED FOR
### EASTERN CONTRACTORS, INC.

SCALE: 1"= 20' DATE: MAY 29, 2002



## MERIDIAN
ENGINEERING, INC.
96 HIGH STREET
DANVERS, MASSACHUSETTS  01923
TELEPHONE: (978) 739-9130

69 MILK STREET, SUITE 201
WESTBOROUGH, MASSACHUSETTS  01581
TELEPHONE: (508) 571-7030

1 OF 2



SKETCH PLAN
LOCATED IN
LAWRENCE, MASSACHUSETTS
(ESSEX COUNTY)
PREPARED FOR
EASTERN CONTRACTORS, INC.

FOR NOTES AND LEGEND
SEE SHEET 1

SCALE: 1"= 20' DATE: MAY 29, 2002

MERIDIAN
ENGINEERING, INC.
96 HIGH STREET
DANVERS, MASSACHUSETTS 01923
TELEPHONE: (978) 739-9130

89 MILK STREET, SUITE 201
WESTBOROUGH, MASSACHUSETTS 01581
TELEPHONE: (508) 671-7030

DWG No. J807SKCH7_20

2 OF 2