# Eastern Contractors, Inc.

571 Union Ave  
Framingham, MA 01702

Phone: 508-820-4401  
Fax:   508-879-9633

December 13, 2002

The Design Partnership of Cambridge

500 Rutherford Ave  
Charlestown, MA 02129

Phone: 617-241-9800  
Fax:   617-241-5143

**Attn:** David Capaldo

**Project:** New Wetherbee Elem. & Middle Schl.    **Project #:** 9902  
**Sub:** COP # 89/Excess Ledge Removal @"C"    **Job #:** 900

Dear Mr. Capaldo,

    Enclosed please find COP#89 for Excess Ledge Removal Site front "C", please process in the next Change Order.

    I am at this time requesting an extension of time of 10 days to perform this additional work.

    ECI reserves the rights to renegotiate in accordance to MGL............

    Should you have any questions on this matter, please do not hesitate to call me.

Very truly yours,

Dante Cornejio  
Project Engineer

CC: T. Kmiec-ECI, Tim Bell-Bayside  
Encl. S&R Slips

## QUANTITY SURVEY AND ESTIMATING SUMMARY

|  |  |
|---|---|
| PROJECT | Wetherbee Elementary/Middle School |
| CONSTRUCTION MANAGER | Tishman Construction Co. |
| OWNER | City of Lawrence |
| ARCHITECT | The Design Partnership of Cambridge |
| CONTRACTOR | EASTERN CONTRACTORS, INC. |
| DATE | 11/15/2002 (Revised 12/9/02) |
| SUBJECT | Excess Ledge Removal Site Front C |
| C.O.P. # | 89 |
| SHEET # | 1 |
| TIME EXTENSION | 10 DAYS |

| GC Description of Work | QTY | UNIT | UNIT PRICE LABOR | UNIT PRICE MATERIAL | COST LABOR | COST MATL | TOTAL |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  | 0.00 | 0.00 | 0.00 |
| **Non-Filed Sub Proposal** |  |  |  |  |  |  |  |
| S&R Constr. Inc. |  |  |  |  |  |  | $ 15,477.00 |
|  |  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  |  | 0.00 |
| **Misc. Cost** |  |  |  |  |  |  |  |
|  |  |  |  |  | 0.00 | 0.00 | 0.00 |
| High Lift Rental |  |  |  |  | 0.00 | 0.00 | 0.00 |
| LULL+Operator | Hrs |  |  |  | 0.00 | 0.00 | 0.00 |
| UNLOADING | HRS |  |  |  | 0.00 | 0.00 | 0.00 |
| CLEANUP | Hrs |  | $ 28.90 | $ - | 0.00 | 0.00 | 0.00 |
| DUMPSTER | LS |  |  | $ - | 0.00 | 0.00 | 0.00 |
| MISC. TRUCKING | LS |  |  | $ - | 0.00 | 0.00 | 0.00 |
| GC / Non Filed Sub Totals |  |  |  |  | $0.00 | 0.00 | $ 15,477.00 |
| PAYROLL TAXES & INSURANCE=25% OF LABOR |  |  |  |  |  |  | 0.00 |
| SUBTOTAL (GC) |  |  |  |  |  |  | $ 15,477.00 |
| Non Filed sub O/P @20% |  |  |  |  |  |  | 0.00 |
| Total Filed Subcontractors Proposal(s) |  |  |  |  |  |  | 0.00 |
| GC O/P @ 7% of Filed Sub Proposal |  |  |  |  |  |  | 0.00 |
| BOND (G.C/SUB) @1% of Cost |  |  |  |  |  |  | 0.00 |
| **Total Cost Proposal** |  |  |  |  |  |  | $ 15,477.00 |

NOTES:
1. WE CANNOT PROCEED WITHOUT WRITTEN APPROVAL. THIS PROPOSAL IS GOOD FOR TWENTY ONE DAYS ONLY. INCREASES IN LABOR, MATERIALS, TRAVEL CHRGES, ETC. OCCURING TWENTY ONE DAYS AFTER THE DATE OF THIS PROPSAL WILL HAVE TO BE ADDED TO THIS C.O.P.
2. UNLESS OTHERWISE NOTED IMPACT COSTS CANNOT BE DETERMINED AT THIS TIME.
3. THIS PROPOSAL DOES NOT INCLUDE ANY AMOUNTS FOR CHANGES IN SEQUENCE OF WORK, DISRUPTIONS, INTERFERENCES AND/OR IMPACT COSTS. THE RIGHT IS EXPRESSLY RESERVED TO MAKE CLAIMS FOR ANY AND ALL OF THESE RELATED ITEMS.
4. DOES NOT INCLUDE CUTTING & PATCHING OR BLOCKING BY ECI.
5. Does not included remediation of contaminated soils

## QUANTITY SURVEY AND ESTIMATING SUMMARY

|  |  |
|---|---|
| PROJECT | Wetherbee Elementary/Middle School |
| CONSTRUCTION MANAGER | Tishman Construction Co. |
| OWNER | City of Lawrence |
| ARCHITECT | The Design Partnership of Cambridge |
| CONTRACTOR | EASTERN CONTRACTORS, INC. |
| DATE | 11/15/2002 (Revised 12/9/02) |
| SUBJECT | Excess Ledge Removal Site Front C |
| C.O.P. # | 89 |
| SHEET # | 2 |
| TIME EXTENSION | 10 DAYS |

| | | | |
|---|---|---|---|
| S&R Constr. Inc. | 402 cy | 38.50 $ | 15,477.00 |
| | 1 | | 0.00 |
| | 1 ls | | 0.00 |
| | 1 ls | | 0.00 |
| | 1 ls | | 0.00 |
| | 1 ls | | 0.00 |
| TOTAL | | | $ 15,477.00 |

# INVOICE

## R CONSTRUCTION CO., INC.
60 DYERVILLE AVENUE
JOHNSTON, R.I. 02919
401-831-6337 • 401-831-6338

N? 457

| | |
|---|---|
| DATE ORDERED 12-3-2002 | ORDER TAKEN BY |
| PHONE NO. | CUSTOMER ORDER NO. |
| JOB LOCATION Wetherlee | |
| JOB PHONE | STARTING DATE 10/3/02 |
| TERMS | |

E C I
75 Newton Street
Lawrence Ma.

| MATERIAL | UNIT | AMOUNT |
|---|---|---|
| Depth | | |
| $3'-0 \times 5'-0 \times 70'-0 = 1050 FT^3$ | | |
| $4'-0 \text{ deep} \times 35'-0 \times 70'-0 = 9800 FT^3$ | | |
| $10850 FT^3 = 402 \text{ cu yard}$ | | |

### DESCRIPTION OF WORK
LEDGE EXCAVATION
SEE SKETCHES

### MISCELLANEOUS CHARGES

### LABOR | HRS. | RATE | AMOUNT

ORDERED BY

COMPLETED

CUSTOMER APPROVAL SIGNATURE _FOR Qty verification only_ John Killh

| | |
|---|---|
| TOTAL LABOR | |
| TOTAL MATERIALS | |
| TOTAL MISCELLANEOUS | |
| SUBTOTAL | |
| TAX | |

