

**EXHIBIT**

A-6



# S & R Construction Co., Inc.

60 Dyerville Avenue
Johnston, Rhode Island 02919
Telephone: (401) 831-6337    Fax: (401) 276-7031

December 5, 2002

Suresh Bhatia
Eastern Contractors, Inc.
571 Union Avenue
Framingham, MA 01702

                    SENT VIA FAX AND U S MAIL

Re: Wetherbee School, Lawrence, MA

## ADDITIONAL LEDGE QUANTITIES ENCOUNTERED

Dear Suresh:

Additional ledge has been removed by mechanical means. This ledge quantity will be billed at the price set forth of $38.50 per cubic yard. We will add this quantity to our claim seeking additional reimbursement as stated in prior correspondence. The additional ledge removed as per attached slip No. 457 is 402 cubic yards. This will be billed on Decembers requisition. ($15,477.00) The balance of the cost $236.50 @ 402 cubic yards totaling $95,073.00 will be added to our claim. As per our conversation of this week you were going to prepare a package in regards to this ledge claim. Please forward that package at your earliest convenience.

Sincerely,

S&R CONSTRUCTION CO., INC.

Steven L. Rodi
Senior Project Manager

C: Rocco Izzo
    Dante Cornelio

RECEIVED

APR 0 4 2003

ST. PAUL SURETY

# B INVOICE

## & R CONSTRUCTION CO., INC.

60 OYERVILLE AVENUE
JOHNSTON, R.I. 02919
401-831-8337 • 401-831-6338

N° 457

| DATE ORDERED | ORDER TAKEN BY |
|---|---|
| 12-3-2002 | *Mac & M.G.* |
| PHONE NO. | CUSTOMER ORDER NO. |
| JOB LOCATION | |
| *William Lee* | *NARO L., OUT (O, K : C -* |
| JOB PHONE | STARTING DATE |
| | 10/3/02 |
| TERMS | |

**ESS** $E^c I$
75 *Newton street*
*Lawrence Ma.*

| Y. | MATERIAL | UNIT | AMOUNT |
|---|---|---|---|
| | *depth* | | |
| | $3'\text{-}0 \times 5'\text{-}0 \times 70'\text{-}0 = 1050 FT^3$ | | |
| | $4'\text{-}0\ depth \times 35'\text{-}0 \times 70'0 = 9800 ft^3$ | | |
| | $10850 DFT^3 = 402\ cu\ yard$ | | |

| DESCRIPTION OF WORK |
|---|
| LEDGE EXCAVATION |
| SEE SKETCHES |

| MISCELLANEOUS CHARGES |
|---|
| |

| LABOR | HRS. | RATE | AMOUNT |
|---|---|---|---|
| | | | |

ORDERED BY
ORDERED
COMPLETED

*FOR PAY JUSTIFICATION*
**CUSTOMER APPROVAL**
SIGNATURE _____ *John Killer*

| | |
|---|---|
| TOTAL LABOR | |
| TOTAL MATERIALS | |
| TOTAL MISCELLANEOUS | |
| SUBTOTAL | |
| TAX | |
| GRAND TOTAL | |



PB95 70494
DEC 05 02
MAILED FROM ZIP CODE 02919

$00.37⁰

111
6090
5513

**S & R Construction, Co., Inc.**
60 DYERVILLE AVENUE
JOHNSTON, RI 02919



Suresh Bhatia
Eastern Contractors, Inc.
571 Union Avenue
Framingham, MA 01702

**S & R Construction Co., Inc.**
60 Dyerville Avenue
Johnston, RI 02919

TEL: ( 401 ) 831- 6337

FAX: ( 401 ) 831-1057        ESTIMATING FAX: (401) 276-7031

## FAX COVER SHEET

DATE: *12-30-02*

TO: *Eastern Contractor*

ATTN: *Dante Colombo / Suresh Chopra*

FROM: *Rocco Izzi*

RE: *Who the Guo - Express*

Transmission of [   ] pages, including this page.

[ X ] Original copy being mailed as back up

[   ] Fax only

**MESSAGE:**

RECEIVED
APR 0 4 2003
ST. PAUL SURETY