

# S & R Construction Co., Inc.

60 Dyerville Avenue
Johnston, Rhode Island 02919
Telephone: (401) 831-6337    Fax: (401) 276-7031



EXHIBIT
A-7

...cember 30, 2002

...nte Cornelio
...esh Bhatia
...tern Contractors, Inc.
... Union Avenue
...mingham, MA 01702

SENT VIA FAX AND U S MAIL

... Wetherbee School, Lawrence, MA
...DGE/ ROCK REMOVAL

...r Dante:

...eral attempts have been made to re-negotiate the rock/ledge unit price. As stated in prior
...respondence, severe financial strain has been placed onto S&R from this matter. It would appear the
... has ignored our request to renegotiate the unit pricing as per Massachusetts general law. We have no
...ce but to move forward to collect 100% of the monies that are clearly due to S&R.

... Truly Yours:

... CONSTRUCTION CO., INC.

...o Izzo
... President/ Treasurer

DANTE CORNELIO
SURESH BHATIA
EASTERN CONTRACTORS, INC
571 UNION AVENUE
FRAMINGHAM, MA 01702

HP Fax K1220xi

Log for
S&R Construction
4012767031
Dec 30 2002 2:07pm

## Last Transaction

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Dec 30 | 2:03pm | Fax Sent | 15088799633 | 0:20 | 1 | OK |