# Design*partnership*

EXHIBIT
15
11/7/05 JB

EXHIBIT
B-2

**Fax Transmittal**

From: ~~Amy~~

*2/16/03*

*BILL JARVIS*
*FORWARD TO: BRAD CARVER*
*FAX: (617) 217-5200*
*AND TO: TONY BRANCA*
*FAX: (781) 784-8803*

Company.

Address.

City / St / Zip:

Job # / Name:

Regarding·    *Re: SR - Wetherbee 564 S 20143*

Sent by.    *DAVE CAPALDO*

HOOD BUSINESS PARK
500 RUTHERFORD AVENUE

T 617 241 9800
F 617 241 5143
www.idgc.com

ARCHITECTURE
PROGRAMMING
MASTER PLANNING
INTERIOR DESIGN

**We are sending:**

| | | Number of Pages |
|---|---|---|
| Item 1: | *CORRESPONDENCE* | *11* |
| Item 2: | | Number of Pages |
| Item 3: | | Number of Pages |
| Item 4. | | Number of Pages |
| Item 5: | | Number of Pages |

**Message:**

*Per your request.*

*Brad & Tony:*
*This is the correspondence that Ron Votta*
*thought had been exchanged in January 2002.*
*The correspondence actually coincided with*
*the first request for Change Order when*
*S&R exceeded the scheduled rock quantity*
*in November 2001. — M*
*September*

Date: *7/16/03*    Fax destination number:    Total Items Sent including Cover: *12*

The documents transmitted by this facsimile contain information which may be confidential and privileged information. This information is intended for the use of the addressee named on this transmittal sheet. If you are not the addressee, any disclosure, photocopying, distribution or use of its contents is prohibited. If you have received this facsimile in error, please call us immediately. If you do not receive all of the pages or can not read them, please call 617.241.9800.

*4/16/03*

HARTFORD
00013677

# Design*partnership*

11/1/01

Mr. Ron Votta
Eastern Contractors Inc.
571 Union Avenue
Framingham, MA 01702

Re: New Wetherbee School

## VIA FAX & MAIL

Dear Ron,

In response to your change order proposal #11 for the above reverenced project. We agree that you are entitled to additional compensation for the additional subsurface condition encountered. However, with specific regard to the language included referencing MGL c30 s39N and your position that you are entitled to negotiate a revised unit cost for rock excavation.  We respectfully disagree with your interpretation, and offer the following:

MGL 30:39N (included for reference) specifically notes that should actual subsurface or latent physical conditions substantially differ from those shown in the contract documents that the Contractor is entitled to an equitable contract adjustment. There is no language in 30:39N that mentions a contractors right to renegotiate a previously agreed to unit cost.

I believe that you are confusing the MGL language for Unit Price Contracts in which the language in this type of contract allows for the Contractor to renegotiate his unit price should the quantity of the work differ substantially from the estimated amount given at the time of bidding. As you are aware, in this type of contract the Contractor supplies the unit price in his bid, and therefore is bidding the project based on an assumed quantity. Obviously the unit price given by the contractor would vary based on the assumed quantity.

The issue at the Wetherbee School is completely different. To start, this is a lump sum contract not a unit price contract. The unit price was established in the contract documents by which a lump sum contract was signed. This unit price is therefore previously agreed to by both parties should conditions vary favorable to the Owner or the Contractor. This is a very fair way to enter into a contract so that both parties are in agreement prior to encountering the unanticipated subsurface conditions. Thereby adjusting the contract sum becomes a quick and painless process.

You also mentioned that allowances are prohibited by MGL. We agree. However we do not agree that the contract document for this item is written as an allowance since a specific quantity of material is provided in which you are to provide a price for. The contract documents <u>do not</u> tell the bidder to carry the mentioned unit price for the quantity of material to be bid on. The unit price is established for work above or below

HARTFORD
00013678

Design Partnership of Cambridge, Inc.

Page 2 of 2

the given quantity. The bidder is fully able to provide a contract price based on the quantity given, higher or lower than if derived by using the unit price.

Due to all of the above, we cannot sign the Change Order Proposal as drafted. The reservation of your right to renegotiate the unit price must be removed. We are comfortable with the price given in the proposal and would like to get this issue resolved promptly in order to pay you for the work that has been completed.

Please revise and re-submit your proposal for my signature.

Sincerely,

DESIGN PARTNERSHIP of Cambridge Inc.

David E. Capaldo, AIA

Associate

Cc: Joe Lupi – Tishman

HARTFORD
00013679

that named or described in the said specifications may be furnished; and 55
an item shall be considered equal to the item so named or described if (1) 56
it is at least equal in quality, durability, appearance, strength and design, 57
(2) it will perform at least equally the function imposed by the general 58
design for the public work being contracted for or the material being 59
purchased, and (3) it conforms substantially, even with deviations, to the 60
detailed requirements for the item in the said specifications.  For each 61
item of material the specifications shall provide for either a minimum of 62
three named brands of material or a description of material which can be 63
met by a minimum of three manufacturers or producers, and for the 64
equal of any one of said named or described materials. 65

(c)   The term "lowest responsible and eligible bidder" shall mean the 66
bidder (1) whose bid is the lowest of those bidders possessing the skill, 67
ability and integrity necessary for the faithful performance of the work; 68
(2) who shall certify that he is able to furnish labor that can work in 69
harmony with all other elements of labor employed or to be employed in 70
the work; (3) who, where the provisions of section eight B of chapter 71
twenty-nine apply, shall have been determined to be qualified thereun- 72
der; and (4) who obtains within ten days of the notification of contract 73
award the security by bond required under section twenty-nine of 74
chapter one hundred and forty-nine; provided that for the purposes of 75
this section the term "security by bond" shall mean the bond of a surety 76
company qualified to do business under the laws of the commonwealth 77
and satisfactory to the awarding authority. 78

(d)   The provisions of this section shall not apply (1) to the extent that 79
they prevent the approval of such specifications by any contributing 80
federal agency, (2) to materials purchased under specifications of the 81
state department of highways at prices established by the said depart- 82
ment pursuant to advertisement and bidding in connection with work to 83
be performed under the provisions of chapter eighty-one or chapter 84
ninety, (3) to any transaction between the commonwealth and any of its 85
political subdivisions or between the commonwealth and any public 86
service corporation, and (4) to any contract of not more than twenty-five 87
thousand dollars awarded by a governmental body, as defined by section 88
two of chapter thirty B, in accordance with the provisions of section five 89
of said chapter thirty B. 90

(e)   The word "material" as used in this section shall mean and 91
include any article, assembly, system, or any component part thereof. 92

**30:39N.  Construction contracts; equitable adjustment in contract price for differing subsurface or latent physical conditions.**

Section 39N.  Every contract subject to section forty-four A of chap- 1
ter one hundred and forty-nine or subject to section thirty-nine M of 2
chapter thirty shall contain the following paragraph in its entirety and an 3
awarding authority may adopt reasonable rules or regulations in con- 4

HARTFORD
00013680

formity with that paragraph concerning the filing, investigation and    5
settlement of such claims:    6

   If. during the progress of the work. the contractor or the awarding    7
authority discovers that the actual subsurface or latent physical condi-    8
tions encountered at the site differ substantially or materially from those    9
shown on the plans or indicated in the contract documents either the    10
contractor or the contracting authority may request an equitable adjust-    11
ment in the contract price of the contract applying to work affected by    12
the differing site conditions.  A request for such an adjustment shall be    13
in writing and shall be delivered by the party making such claim to the    14
other party as soon as possible after such conditions are discovered.    15
Upon receipt of such a claim from a contractor, or upon its own initiative.    16
the contracting authority shall make an investigation of such physical    17
conditions, and, if they differ substantially or materially from those    18
shown on the plans or indicated in the contract documents or from those    19
ordinarily encountered and generally recognized as inherent in work of    20
the character provided for in the plans and contract documents and are    21
of such a nature as to cause an increase or decrease in the cost of    22
performance of the work or a change in the construction methods    23
required for the performance of the work which results in an increase or    24
decrease in the cost of the work, the contracting authority shall make an    25
equitable adjustment in the contract price and the contract shall be    26
modified in writing accordingly.    27

30:39O.  Contracts for construction and materials; suspension. delay or inter-
ruption due to order of awarding authority; adjustment in contract price;
required provisions.

   Section 39O.  Every contract subject to the provisions of section    1
thirty-nine M of this chapter or subject to section forty-four A of chapter    2
one hundred forty-nine shall contain the following provisions (a) and (b)    3
in their entirety and, in the event a suspension. delay, interruption or    4
failure to act of the awarding authority increases the cost of performance    5
to any subcontractor, that subcontractor shall have the same rights    6
against the general contractor for payment for an increase in the cost of    7
his performance as provisions (a) and (b) give the general contractor    8
against the awarding authority, but nothing in provisions (a) and (b) shall    9
in any way change, modify or alter any other rights which the general    10
contractor or the subcontractor may have against each other.    11

   (a)  The awarding authority may order the general contractor in    12
writing to suspend, delay, or interrupt all or any part of the work for    13
such period of time as it may determine to be appropriate for the    14
convenience of the awarding authority; provided however, that if there is    15
a suspension. delay or interruption for fifteen days or more or due to a    16
failure of the awarding authority to act within the time specified in this    17
contract. the awarding authority shall make an adjustment in the con-    18

HARTFORD
00013681

# Eastern Contractors, Inc.

571 Union Ave
Framingham, MA 01702

Phone:  508-820-4401
Fax:  508-879-9633

November 1, 2001

The Design Partnership of Cambridge
500 Rutherford Avenue

Phone: 617-241-9800
Fax:   617-241-5143

Charlestown, MA 02129

Attn:    David Capaldo

Project:  New Wetherbee Elem. & Middle Schl.
Re:
         COP#11 General Rock Excavation

Project #: 9902
Job #:  900

Dear Mr. Capaldo:

Enclosed please find COP#11 for General Rock Excavation in excess of the Contract
Allowances.  Please be advised that under MLG c30 s39N that the Contractor may request to
negotiate a revised unit cost for this Contract Change.

Very truly yours,

Ronald Votta
Project Manager

CC  Site  J.Lupi,Tishman

Encl.

HARTFORD
00013682

## QUANTITY SURVEY AND ESTIMATING SUMMARY

| | |
|---|---|
| PROJECT | Wetherbee Elementary/Middle School |
| CONSTRUCTION MANAGER | Tishman Construction Co. |
| OWNER | City of Lawrence |
| ARCHITECT | The Design Partnership of Cambridge |
| CONTRACTOR | EASTERN CONTRACTORS, INC. |
| DATE | 1-Nov-01 |
| SUBJECT | General Rock Excavation Allowance |
| C.O.P. # | 11 |
| SHEET # | 1 |
| TIME EXTENSION | 0 DAYS |

| | | | UNIT PRICE | | COST | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION OF ITEM | QTY | UNIT | LABOR | MATERIAL | LABOR | MATL | TOTAL |
| FIELD COORDINATION/SUPERVISION | 0 HRS | $ 85.00 | | | 0.00 | 0.00 | 0.00 |
| Project Engineer | 0 HRS | $ 65.00 | | | 0.00 | 0.00 | 0.00 |
| Time Keeper | HRS | $ 65.00 | | | 0.00 | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 | 0.00 |
| High Lift Rental | ea | | | | 0.00 | 0.00 | 0.00 |
| LULL+Operator | Hrs | | | | 0.00 | 0.00 | 0.00 |
| UNLOADING | HRS | | | | 0.00 | 0.00 | 0.00 |
| CLEANUP | Hrs | | | | 0.00 | 0.00 | 0.00 |
| DUMPSTER | LS | | | | 0.00 | 0.00 | 0.00 |
| Safety | Hrs | | | | 0.00 | 0.00 | 0.00 |
| MISC.TRUCKING | LS | | | | $0.00 | 0.00 | 0.00 |
| TOTALS | | | | | | | 0.00 |
| TOOLS @ 6% OF COST | | | | | | | 0.00 |
| PAYROLL TAXES & INSURANCE=56.68% OF LABOR | | | | | | | 0.00 |
| SUBTOTAL (GC) | | | | | | | 145,222.00 |
| SUB'S COST PER ENCL. PROPOSAL | | | | | | | 0.00 |
| GC/non filed sub O/P @20% | | | | | | | 145,222.00 |
| Sub Total GC/Sub cost | | | | | | | 0.00 |
| CREDIT | | | | | | | 0.00 |
| BOND (G.C/SUB) @1. OF COST | | | | | | | 145,222.00 |
| Sub Total Cost | | | | | | | -115,500.00 |
| Less Contract Allowance | | | | | | | |
| Total Cost COP#11 | | | | | | | 29,722.00 |

NOTES:
1. WE CANNOT PROCEED WITHOUT WRITTEN APPROVAL. THIS PROPOSAL IS GOOD FOR TWENTY ONE DAYS ONLY.
   INCREASES IN LABOR, MATERIALS, TRAVEL CHRGES, ETC OCCURING TWENTY ONE DAYS AFTER THE DATE OF THIS
   PROPSAL WILL HAVE TO BE ADDED TO THIS C.O.P.
2. UNLESS OTHERWISE NOTED IMPACT COSTS CANNOT BE DETERMINED AT THIS TIME
3. THIS PROPOSAL DOES NOT INCLUDE ANY AMOUNTS FOR CHANGES IN SEQUENCE OF WORK, DISRUPTIONS,
   INTERFERENCES AND/OR IMPACT COSTS, THE RIGHT IS EXPRESSLY RESERVED TO MAKE CLAIMS FOR ANY AND
   ALL OF THESE RELATED ITEMS.
4. DOES NOT INCLUDE CUTTING & PATCHING OR BLOCKING BY ECI.
5. Does not include resoration of cupola and domers

HARTFORD
00013683

## QUANTITY SURVEY AND ESTIMATING SUMMARY

|  |  |
|---|---|
| PROJECT | Wetherbee Elementary/Middle School |
| CONSTRUCTION MANAGER | Tishman Construction Co. |
| OWNER | City of Lawrence |
| ARCHITECT | The Design Partnership of Cambridge |
| CONTRACTOR | EASTERN CONTRACTORS, INC. |
| DATE | 11/1/01 |
| SUBJECT | General Rock Excavation Allowance |
| C.O.P. # | 11 |
| SHEET # | 2 |
| TIME EXTENSION | 0 DAYS |

| S&R Construction | | | |
|---|---|---|---|
| General rock excavation 3/23/01 | 400 cy | 38.50 | 15,400 |
| General rock excavation 9/27/01 | 3251 cy | 38.50 | 125,164 |
| General rock excavation 10/12/01 | 83 cy | 38.50 | 3,196 |
| General rock excavation 10/16/01 | 35 cy | 38.50 | 1,348 |
| General rock excavation | 1 cy | 38.50 | 39 |
| General rock excavation | 1 cy | 38.50 | 39 |
| General rock excavation | 1 cy | 38.50 | 39 |

| TOTAL | 3772 | | 145,222.00 |
|---|---|---|---|

HARTFORD
00013684

OCT-22-2001 MON 12:37 PM S&R CONSTRUCTION        401 276 7031        P. 04
Oct 01 01 09:04a    EASTERN CONTRACTORS

# JOB INVOICE

## S & R CONSTRUCTION CO., INC.

60 DYERVILLE AVENUE
JOHNSTON, R.I. 02919
401-831-6337 • 401-831-6338

No    103

| | |
|---|---|
| DATE ORDERED | 8/23/2001 |
| PHONE NO. | |
| ORDER TAKEN BY | n/a |
| CUSTOMER ORDER NO. | |
| JOB LOCATION | Lawrence F |
| JOB PHONE | |
| STARTING DATE | |
| TERMS | |

TO    Eastern Const, Inc

ADDRESS

ATTENTION

| QTY | MATERIAL | UNIT | AMOUNT |
|---|---|---|---|
| Y-Ards | | | |
| 400 | Rock Excavation | | |
| | Quantity Verified Through Field Calculations/Measurements | | |

| DESCRIPTION OF WORK |
|---|

| MISCELLANEOUS CHARGES |
|---|

| LABOR | HRS. | RATE | AMOUNT |
|---|---|---|---|

| | |
|---|---|
| WORK ORDERED BY | |
| DATE ORDERED | |
| DATE COMPLETED | |

| | |
|---|---|
| TOTAL LABOR | |
| TOTAL MATERIALS | 400 yds |
| TOTAL MISCELLANEOUS | |
| SUBTOTAL | |
| TAX | |
| GRAND TOTAL | |

CUSTOMER APPROVAL
SIGNATURE

AUTHORIZED SIGNATURE    R.Wolfe (Tishman Construction)
(Quantity Verification)

# JOB INVOICE

HARTFORD
00013685

OCT-22-2001 MON 12:38 PM S&R CONSTRUCTION    401 276 7051    P. 05
Oct 01 01 09:04a    EASTERN CONTRACTORS

# JOB INVOICE

## S & R CONSTRUCTION CO., INC.

60 DYERVILLE AVENUE
JOHNSTON, R.I. 02919
401-831-8337 • 401-831-6338

N° 106

| DATE ORDERED | ORDER TAKEN BY |
|---|---|
| 7/27/01 | XNo |
| PHONE NO | CUSTOMER ORDER NO. |
| JOB LOCATION | |
| Lawrence | |
| JOB PHONE | STARTING DATE |
| TERMS | |

TO Eastern Const Inc
ADDRESS Wetherbee School

ATTENTION

| QTY. | MATERIAL | UNIT | AMOUNT |
|---|---|---|---|
| 3251 yards | Rock Excavation | | |
| | Quantity Calculated through Survey and Field Measurements | | |

### DESCRIPTION OF WORK

### MISCELLANEOUS CHARGES

| LABOR | HRS. | RATE | AMOUNT |
|---|---|---|---|

| WORK ORDERED BY | |
|---|---|
| DATE ORDERED | |
| DATE COMPLETED | |

| | |
|---|---|
| TOTAL LABOR | |
| TOTAL MATERIALS | |
| TOTAL MISCELLANEOUS | |
| SUBTOTAL | |
| TAX | |
| GRAND TOTAL | |

CUSTOMER APPROVAL
SIGNATURE

AUTHORIZED SIGNATURE  B Wolfe 10-1-01 (Tishman Construction)
(Quantity Verification)

JOB INVOICE

HARTFORD
00013686

OCT-22-2001 MON 12:38 PM S&R CONSTRUCTION        401 276 703│        9708037433        P.3
Oct 22 01 09:52a        EASTERN CONTRACTORS

# JOB INVOICE

## S & R CONSTRUCTION CO., INC.

60 DYERVILLE AVENUE
JOHNSTON, R.I. 02919
401-831-6337 • 401-831-6338

**№ 108**

TO Eastern Const. Inc
ADDRESS WetHeRBEE School
LAWRENCE MASS
ATTENTION

DATE ORDERED 10/12/01    ORDER TAKEN BY RJ/A
PHONE NO.    CUSTOMER ORDER NO.
JOB LOCATION
JOB PHONE    STARTING DATE
TERMS

| QTY. | MATERIAL | UNIT | AMOUNT |
|---|---|---|---|
| 83 yds | RocK Excavation | 38.50 | |
| | Quantity Verified | | |
| | Through Field | | |
| | Calculations/measurements. | | |

**DESCRIPTION OF WORK**

Hammer Loose From
Footings and Elevator Pit

② F-7    10'x10'x 4'2"    31 cy
② F-9    12'x12'x 3' 8"    34 cy
① Elevator Pit 10'x 8'4"    13 cy

**MISCELLANEOUS CHARGES**

| LABOR | HRS. | RATE | AMOUNT |
|---|---|---|---|

WORK ORDERED BY
DATE ORDERED
DATE COMPLETED

| | |
|---|---|
| TOTAL LABOR | |
| TOTAL MATERIALS | |
| TOTAL MISCELLANEOUS | |
| SUBTOTAL | |
| TAX | |
| GRAND TOTAL | |

CUSTOMER APPROVAL SIGNATURE
AUTHORIZED SIGNATURE  F. Wolfe (Tishman Construction)
Quantity Verification    **JOB INVOICE**

**HARTFORD**
**00013687**

JUL-16-2003 WED 03:07 PM DPC
FAX NO. 617 241 5143    P. 11

OCT-22-2001 MON 12:35 PM S&R CONSTRUCTION          FAX NO. 401 231 6338          P. 05
Oct 22 01 03:52p          EASTERN CONTRACTORS

# JOB INVOICE

## S & R CONSTRUCTION CO., INC.

60 DYERVILLE AVENUE
JOHNSTON, R.I. 02919
401-231-6337 • 401-231-6338

Nº 109

TO _Eastern Const. Inc._
ADDRESS _Wether Bee School_
_Lawrence Mass_
ATTENTION

| DATE ORDERED 10/16/01 | ORDER TAKEN BY |
|---|---|
| PHONE NO. | CUSTOMER ORDER NO. |
| JOB LOCATION | |
| JOB PHONE | STARTING DATE |
| TERMS | |

| QTY. | MATERIAL | UNIT | AMOUNT |
|---|---|---|---|
| 35 | yards Rock Excavation | | |
| | Quantity Verified | | |
| | Through Field | | |
| | Measurements | | |

**DESCRIPTION OF WORK**

Rock Excavation
27' x 7' x 15'

**MISCELLANEOUS CHARGES**

| LABOR | HRS. | RATE | AMOUNT |
|---|---|---|---|

| WORK ORDERED BY | |
|---|---|
| DATE ORDERED | |
| DATE COMPLETED | |

| | |
|---|---|
| TOTAL LABOR | |
| TOTAL MATERIALS | |
| TOTAL MISCELLANEOUS | |
| SUBTOTAL | |
| TAX | |
| GRAND TOTAL | |

CUSTOMER APPROVAL
SIGNATURE _____ EC1

AUTHORIZED SIGNATURE _R Wolfe (Tishman Construction)_
[Quantity Verification]          **JOB INVOICE**

HARTFORD
00013688