UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Hartford Fire Insurance Company,
       Plaintiff

v.                                     Civil Action No. 03-12502-NMG

Eastern Contractors, Incorporated,
       Defendant

## SETTLEMENT ORDER OF DISMISSAL

GORTON, D.J.

     The Court having been advised by counsel that this case has settled. IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within forty-five (45) days to reopen the action if settlement is not consummated.

By the Court,

3/28/07                                           */s/ Craig J. Nicewicz*
Date                                             Craig J. Nicewicz
                                                 Courtroom Clerk